# *Memorandum*

FILED
CLERK, U.S. DISTRICT COURT
JUL 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

| Subj: | Date: |
|---|---|
| United States v. Charles Lynch and Armond Tennyson Tollette, Jr. | 7/12/2007 |
| | 07-00689 |

To:

SHERRI R. CARTER
District Court Executive
United States District Court
Central District of California

From:

David P. Kowal
Assistant United States Attorney
Criminal Division

The matter relating to the above-referenced criminal action,

United States v. Lynch et.al , being filed on 7/13/07 ,

[ ] is

[x] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

DAVID P. KOWAL
Assistant United States Attorney
Criminal Division