1  GEORGE S. CARDONA
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   DAVID P. KOWAL (State Bar No. 188651)
4  Assistant United States Attorney
   Narcotics Section
5      1400 United States Courthouse
       312 North Spring Street
6      Los Angeles, California  90012
       Telephone: (213) 894-5136
7      Facsimile: (213) 894-0142
       E-mail: david.kowal@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10

11                    UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,        )  No. CR **07-00689**
                                    )
14          Plaintiff,              )  EX PARTE APPLICATION TO FILE
                                    )  INDICTMENT AND ARREST WARRANTS
15          v.                      )  UNDER SEAL UNTIL FURTHER ORDER
                                    )  OF COURT; MEMORANDUM OF POINTS
16 GEORGE C. LYNCH, and             )  AND AUTHORITIES; DECLARATION
   ARMOND TENNYSON TOLLETTE, JR.,   )  OF DAVID P. KOWAL
17                                  )
            Defendants.             )
18                                  )  [UNDER SEAL]
                                    )
19                                  )  [APPLICATION AND ORDER SEALING
                                    )  FILING CONTAINED WITHIN THIS
20                                  )  PLEADING]
                                    )
21 _____  )

22      The United States of America hereby applies to this Court for

23 an order permitting it to file the indictment and arrest warrants,

24 as well as all accompanying documents, in the above-captioned

25 proceeding under seal until further order of court.  In addition,

26 ///

27

28

the request to seal would apply to the attached Memorandum of Points and Authorities and Declaration of DAVID P. KOWAL which serve as a basis for the application.

DATED: July 13, 2007            Respectfully submitted,

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

_____
DAVID P. KOWAL
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

MEMORANDUM OF POINTS AND AUTHORITIES

In this application, the United States asks this Court to seal the indictment and arrest warrants of Carles C. Lynch and Armond Tennyson Tollette, Jr. The Ninth Circuit has held that federal district courts have the inherent power to seal indictments, affidavits filed with complaints, arrest warrants and search warrants in appropriate circumstances. <u>Offices of Lakeside Non-Ferrous Metals, Inc. v. United States</u>, 679 F.2d 778, 779 (9th Cir. 1982); <u>United States v. Agosto</u>, 600 F.2d 1256, 1258 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure of the indictment would disclose facts which would interfere with an ongoing criminal investigation or would preclude apprehension of persons to be arrested who remain at-large. <u>Shea v. Gabriel</u>, 520 F.2d 879, 882 (1st Cir. 1979).

In the present case, as is set forth in attached Declaration of David P. Kowal, the disclosure of the indictment and arrest warrants would directly harm the government's ongoing investigation of this matter by prematurely disclosing the existence and nature of the charges in the indictment and potentially thwart the government's efforts to apprehend the indicted defendants.

///

///

///

///

Accordingly, the government requests this Court to enter an order sealing the indictment and arrest warrants, the supporting documentation, as well as this application, memorandum and Declaration until the first defendant is arrested on the indictment.

DATED: JULY 13, 2007          Respectfully submitted,

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

_____
DAVID P. KOWAL
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DECLARATION OF DAVID P. KOWAL

I, David P. Kowal, hereby declare as follows:

1.   I am an Assistant United States Attorney in the Central District of California. I represent the government in this case.

2.   The overall investigation into this case started in 2006. Law enforcement agents are planning to arrest the defendants in this case on July 17, 2007. Although search warrants were conducted on the defendants in this case on March 29, 2007, they have no knowledge that there has been grand jury action or that they will be arrested in connection with this investigation.

3.   Therefore, I am requesting that this Court seal the indictment and arrest warrants because the principal subjects who are charged in the indictment have not been taken into custody. Based upon my experience and conversations with the case agents, I believe that the likelihood of apprehending the principal subjects might be seriously jeopardized if the indictment and arrest warrants in this case were made publicly available before the principal subjects are taken into custody.

4.   It is therefore respectfully requested that this Court issue an order sealing the indictment, arrest warrants, and all the accompanying documents pertaining to this application in this case

until further order for the court.  I further request that the indictments automatically unseal upon first arrest of a defendant named in the indictment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of JULY 2007, at Los Angeles, California.

_____
DAVID P. KOWAL