FILED

2007 JUL 17 PM 2:01

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

CHARLES C. LYNCH

DEFENDANT(S).

CASE NUMBER

CR 07-689

**REPORT COMMENCING CRIMINAL ACTION**

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest __07/17/07 @ 8:30__    ☒ AM / ☐ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
CONSPIRACY TO DISTRIBUTE, POSSESSION W/INTENT, DISTRIBUTION TO MINORS

3.  Offense charged is a: ☒ Felony   RUNNING A CRIMINAL ENTERPRISE   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

4.  U.S. Citizen: ☒ Yes    ☐ No    ☐ Unknown

5.  Year of Birth: __1962__

6.  The defendant is: ☒ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

7.  Place of detention (if out-of-district): _____

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges. (Docket/Case No. _____

10. Name of Pretrial Services Officer: __RIES__

11. Remarks (if any): _____

12. Date: __07/17/07__

14. Name: __RACHEL BURKDOLL__

13. Signature: __Rachel Burkdoll__

15. Title: __SPECIAL AGENT__

CR-64 (07/05)

REPORT COMMENCING CRIMINAL ACTION