# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>vs.<br><br>Charles C. Lynch | Western Division |
|---|---|
| Plaintiff,<br><br>Defendant. | Case Number: 2:07-CR-00689-<br>Initial App. Date: 07/17/2007    Indictment<br>                 Initial App. Time: 2:00 PM<br><br>Date Filed: 07/13/2007<br>Violation: 21:846, 841(a)(1), 841(b)(1)(B), 859, 841(a)(1), 856, 853;<br>18:2<br>CourtSmart: _CS 7/17/07_ |

| PROCEEDINGS HELD BEFORE UNITED STATES<br>MAGISTRATE JUDGE: Fernando M. Olguin | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**    Vanessa Del Rio      _David Kowal_      None

      Deputy Clerk           Assistant U.S. Assistant         Interpreter/Language

[✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and [✓] preliminary hearing OR [✓] removal hearing / Rule 20.

[✓] Defendant states true name [✓] is as charged [ ] is _____

[✓] Defendant advised of consequences of false statement in financial affidavit. [✓] Financial Affidavit ordered **SEALED.**

[✓] Attorney: Lou Koory, Retained [ ] Appointed [ ] Prev. Appointed [✓] Poss. Contribution (see separate order)
    [✓] Special appearance by: _Sylvia Torres-Guillen (appointed for today only)_

[✓] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [✓] CONTINUED

[ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).

[ ] BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
[ ] Preliminary Hearing waived.

[ ] **PO/PSA WARRANT** [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

[ ] Preliminary Hearing set for _____ at 4:30 PM _____

[ ] PIA set for:_____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana

[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED

[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED

[ ] Defendant executed Waiver of Rights. [ ] Process received.

[ ] Court ORDERS defendant Held to Answer to _____ District of _____
    [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
    [ ] Warrant of removal and final commitment to issue.
    [ ] Warrant of removal and final commitment are ordered stayed until _____

[✓] Case continued to (Date) _July 19, 2007_ (Time) _10:00_ (AM) PM
    Type of Hearing: _Detention_ Before Judge _Olguin_ /Duty Magistrate Judge.
    Proceedings will be held in the [ ] Duty Courtroom _____ [✓] Judge's Courtroom _# at Spring St._

[✓] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.

[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

[✓] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

[ ] RELEASE ORDER NO: _____

[ ] Other: _____

    [✓] **PSA**        [✓] **FINANCIAL**        [✓] **READY**

                                         Deputy Clerk Initials _VK_
                                             **00** : _15_