*United States Pretrial Services* FILED

United States District Court
Central District of California

2007 JUL 19 PM 5: 15



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

July 19, 2007

United States District Court
United States Clerk's Office
Edward R. Roybal Federal Building
Room 178
Los Angeles, California 90012

**Re: Release Order Authorization**
**Defendant: Tolette, Armond**
**Docket #: 2:07CR689-02**

To Whom it May Concern:

On July 19, 2007, the defendant's bond was set by the Honorable Fernando M. Olguin, at a $300,000 Appearance Bond. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Sandra S. Rueda
Digitally signed by Sandra S. Rueda
DN: cn=Sandra S. Rueda, c=US, o=U.S. Pretrial Services, ou=U.S. Pretrial Services Officer, email=Sandra_Rueda@cacpt.uscourts.gov
Date: 2007.07.19 16:52:39 -07'00'

Sandra Rueda
U.S. Pretrial Services Officer
(213) 894-3147

---

[✓] HQ & Supervision Unit    [ ] Investigation Unit    [ ] Santa Ana Branch    [ ] Riverside Branch

| U.S. Courthouse | Edward R. Roybal Federal Building | Ronald Reagan Federal Building | George E. Brown, Jr. Courthouse |
|---|---|---|---|
| 312 North Spring Street, Room 754 | 255 East Temple Street, Room 1178 | 411 West Fourth Street, Room 4070 | 3470 Twelfth Street, Room 161 |
| Los Angeles, CA 90012-4708 | Los Angeles, CA 90012-3326 | Santa Ana, CA 92701-4596 | Riverside, CA 92501 |
| 213-894-4726 / FAX 213-894-0231 | 213-894-5568 / FAX 213-894-8892 | 714-338-4550 / FAX 714-338-4570 | 951-328-4490 / FAX 951-328-4489 |