# *United States Pretrial Services*

United States District Court
Central District of California

| George M. Walker | Jill F. McClain |
|---|---|
| Chief U.S. Pretrial Services Officer | Deputy Chief U.S. Pretrial Services Officer |

July 20, 2007

United States District Court
Insert  Los Angeles, California

                        Re:    Release Order Authorization
                                Defendant: Charles Cornelius Lynch
                                Docket #: CR 07-689

To Whom It May Concern:

On July 19, 2007, the defendant's bond was set by the Honorable Fernando Olguin.  Special conditions of the bond include:  **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement  in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

                                          Sincerely,


                                          Jamille D. Claiborne
                                          Senior U.S. Pretrial Services Officer
                                          (213) 894-1338