# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:07-CR-00689　　　　Recorder: CS 07/23/2007　　　　Date: 07/23/2007

Present: The Honorable Frederick F. Mumm, U.S. Magistrate Judge

Court Clerk: Terry R. Baker　　　　　　　　Assistant U.S. Attorney: Jennifer A. Corbet

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) CHARLES C. LYNCH<br>　　CUSTODY- PRESENT<br>2) ARMOND TENNYSON TOLLETTE JR.<br>　　CUSTODY- PRESENT | 1) SYLVIA TORRES GUILLEN, SPECIAL APPEARANCE BY GUY IVERSON DFPD<br><br>2) WILLIAM S. KROGER, JR.<br>　　RETAINED PRO BONO | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Court orders the Post Indictment Arraignment continued to 08/06/2007 at:
8:30 a.m. - Courtroom 341 - Roybal Federal Building and U.S. Courthouse - Los Angeles

00 : 04
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA USMLA