FILED
CLERK, U.S. DISTRICT COURT
JUL 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Armond Tollette, Sr DEFENDANT. | CASE NUMBER: 2:07CR-689 DECLARATION RE PASSPORT |
|---|---|

I, __Armond Tollette, Jr__, declare that
(Defendant)

☑ I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

☐ I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the Clerk of the Court. I will not apply for the issuance of a passport during the pendency of this case.

☐ My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the Clerk of the Court. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __19__ day of __July__, 20__07__
at __Los Angeles, CA__
(City and state)

_____
Signature of Defendant

CR-37 (01/06)                    DECLARATION RE PASSPORT