1 | GEORGE S. CARDONA
United States Attorney
2 | THOMAS P. O'BRIEN
Assistant United States Attorney
3 | Chief, Criminal Division
DAVID P. KOWAL (State Bar No. 188651)
4 | Assistant United States Attorneys
OCDETF Section
5 |      1400 United States Courthouse
      312 North Spring Street
6 |      Los Angeles, California 90012
      Telephone: (213) 894-5136
7 |      Facsimile: (213) 894-0142

8 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

9

10                    UNITED STATES DISTRICT COURT

11               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,    ) NO. CR 07-689-GW
                                 )
13 |            Plaintiff,        ) ORDER REGARDING CONTINUANCE OF
                                 ) TRIAL DATE AND EXCLUDABLE TIME
14 |            v.                ) PERIODS UNDER SPEEDY TRIAL ACT
                                 )
15 | CHARLES C. LYNCH, and        )
ARMOND TENNYSON TOLLETTE,        )
16 | JR.,                         )
                                 )
17 |            Defendants.       )
                                 )
18 |                             )
                                 )
19 |_____)

20      Having reviewed the stipulation of the parties regarding the

21 continuance of the trial date in this case until a further status

22 conference on November 5, 2007, based on the hearing conducted by

23 the Court on August 16, 2007, and for good cause shown, the Court

24 adopts the proposed factual findings set forth in the parties'

25 stipulation.  Specifically, this Court finds and orders that:

26      1.   For the purpose of computing time under the Speedy

27 Trial Act, 18 U.S.C. § 3161, et seq., within which trial must

28 commence the time period from August 16, 2006 to November 5,

1  2007, inclusive, is deemed excludable pursuant to 18 U.S.C. §§

2  3161(h)(8)(A), 3161(h)(8)(B)(I), and 3161(h)(8)(B)(iv) because it

3  results from a continuance granted by the judge at the

4  defendant's request without government objection on the basis of

5  the judge's finding that the ends of justice served by taking

6  such action outweigh the best interest of the public and the

7  defendant in a speedy trial.  More specifically, failure to grant

8  the requested continuance would result in a miscarriage of

9  justice, would unreasonably deny defendant continuity of counsel,

10 and would deny defense counsel the reasonable time necessary for

11 effective preparation, taking into account the exercise of due

12 diligence.

13      2.   A status conference is scheduled for November 5, 2007

14 at 8:00 a.m.  Defendants are ordered to appear in the Court at

15 that time.

16 IT IS SO ORDERED

17

18 DATED: September 4, 2007

19

20 _____
   THE HONORABLE GEORGE H. WU
21 UNITED STATES DISTRICT JUDGE

2