WILLIAM S. KROGER, JR., California State Bar No. 187952
Attorney at Law
8888 Olympic Boulevard
First Floor
Beverly Hills, California 90211
(323) 655-5700
(323) 655-7446 Facsimile
wskroger@laattorney.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 07-689-GW |
| Plaintiff, ) | ORDER |
| vs. ) | |
| ARMOND TOLLETTE, JR. ) | |
| Defendant ) | |

The Court adopts the stipulation of the parties. The parties shall have until November 5, 2007 for the posting of the remaining conditions of the bond, namely $300,000.00 of equity in land located in Los Angeles, California.

IT IS SO ORDERED.

DATED: October 23, 2007         /s/                                              .
                                HONORABLE, FERNANDO M. OLGUIN

Presented by:

     /s/
William S. Kroger, Jr.

-1-