# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR **07-00689**-GW |
| v. | |
| ARMOND TENNYSON TOLLETTE, JR. | **WARRANT FOR ARREST** |
| Defendant(s) | [redacted] |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest __ARMOND TENNYSON TOLLETTE, JR.__
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐Complaint ■Indictment
☐Information  ☐Order of Court  ☐Probation Violation Petition  ☐Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Manufacture and to Possess with Intent to Distribute
and to Distribute Marijuana and THC**

ARRESTED WITHIN THE C/CA
BY: __DEA - LA. CA.__
ON: __07/17/07__
SIGNED: __[signature]__

in violation of Title __21:__  United States Code,
Section(s) __846, 841(a)(1), 841(b)(1)(B);856;859;__

| Sherri R. Carter | July 13, 2007   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | ALICIA G. ROSENBERG |
| [signature] Rosalyn Iyes-Simon | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**