UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-689-GW | Date | November 20, 2007 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Javier Gonzalez | None Present | David P. Kowal - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Armond Tennyson Tollette, Jr. | | ✔ | ✔ | 2. William S. Kroger, Jr. | ✔ | | ✔ |

**Proceedings:**            **COURT ORDER (IN CHAMBERS)**

Pursuant to the Order of the Court signed on November 19, 2007, defendant Armond Tennyson Tollette, Jr. is hereby ordered to appear on **December 3, 2007 at 8:00 a.m.**, and show cause why the defendant's bond should not be revoked.

IT IS SO ORDERED.

**CC: PSA - LA**

                                                                           :
                                          Initials of Deputy Clerk    JG

| CR-11 (09/98) | **CRIMINAL MINUTES - GENERAL** | Page 1 of 1 |
|---|---|---|