# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 07-689-GW | Date | December 3, 2007 |
|---|---|---|---|

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | None |

| Javier Gonzalez | Wil Wilcox | David P. Kowal, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Armond Tennyson Tollette, Jr. | ✔ | | ✔ | 2. William S. Kroger, Jr. | ✔ | | ✔ |

**Proceedings:**     **HEARING RE: ORDER TO SHOW CAUSE WHY DEFENDANT ARMOND TENNYSON TOLLETTE, JR.'S BOND SHOULD NOT BE REVOKED**

Hearing is held. Court and counsel confer.

The Court hereby discharges the order to show cause and modifies the bond conditions as follows:

**Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; or other activities as pre-approved by PSA.

The conditions of release are still in effect and in full force.

IT IS SO ORDERED.

**CC: PSA - LA**

|  | : | 07 |
|---|---|---|
| Initials of Deputy Clerk | JG | |