```
 1  SEAN K. KENNEDY (No. 145632)
    Federal Public Defender
 2  (E-mail: Sean_Kennedy@fd.org)
    REUVEN L. COHEN (No. 231915)
 3  Deputy Federal Public Defender
    (E-mail: Reuven_Cohen@fd.org)
 4  JOHN LITTRELL (No. 221601)
    Deputy Federal Public Defender
 5  (E-mail: John_Littrell@fd.org)
    321 East 2nd Street
 6  Los Angeles, California  90012-4202
    Telephone (213) 894-4454
 7  Facsimile (213) 894-0081
 8
    Attorneys for Defendant
 9  CHARLES LYNCH
```

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,       )   NO. CR 07-689-GW07
                                )
            Plaintiff,           )   [PROPOSED] ORDER
                                )   SHORTENING TIME
      v.                         )
                                )
CHARLES LYNCH, et. al.,         )
                                )
            Defendants.          )
                                )

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant's *ex parte* application to shorten time to file Defendant's Motion to Suppress Statements Made to Federal Agents of the Drug Enforcement Adminstration is granted.

//
//
//

IT IS FURTHER ORDERED that the Clerk file Defendant's Motion to Suppress Statements Made to Federal Agents of the Drug Enforcement Administration.

IT IS SO ORDERED.

DATED: June 23, 2008

HONORABLE GEORGE WU
United States District Judge

Presented by:

REUVEN L. COHEN
Deputy Federal Public Defender

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the

[Proposed] Order Shortening Time to File Defendant's Motion to Suppress Statements Made to Federal Agents of the Drug Enforcement Administration

On June 16, 2008, following ordinary business practice, service was:

[x] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

[ ] By e-mail as follows:

David P. Kowal
Assistant United States Attorney
United States Court House
312 North Spring Street, Suite 1400
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on June 16, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Lynn Evangelista
Lynn Evangelista