SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
REUVEN L. COHEN (No. 231915)
Deputy Federal Public Defender
(E-mail: Reuven_Cohen@fd.org)
JOHN LITTRELL (No. 221601)
Deputy Federal Public Defender
(E-mail: John_Littrell@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-4454
Facsimile (213) 894-0081

Attorneys for Defendant
CHARLES C. LYNCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHARLES C. LYNCH,<br><br>　　　　　Defendant. | NO. CR 07-689-GW<br><br>EXHIBIT "E" IN SUPPORT OF CHARLES C. LYNCH'S PREVIOUSLY FILED MOTION TO SUPPRESS STATEMENTS MADE TO FEDERAL AGENTS OF THE DRUG ENFORCEMENT ADMINISTRATION |

　　　　Defendant Charles C. Lynch, by and through his counsel of record, Deputy Federal Public Defenders Reuven L. Cohen and John Littrell, hereby files the

//
//
//
//
//
//
//

1  attached Exhibit "E" in support of his previously filed Motion to Suppress Statements
2  Made to Federal Agents of the Drug Enforcement Administration.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: June 18, 2008    By /s/ Reuven L. Cohen
REUVEN L. COHEN
Deputy Federal Public Defender

DATED: June 18, 2008    By /s/ John Littrell
JOHN LITTRELL
Deputy Federal Public Defender

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the

Exhibit "E" in Support of Charles C. Lynch's Motion to Suppress Statements Made to Federal Agents of the Drug Enforcement Administration

On June 18, 2008, following ordinary business practice, service was:

[x] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

[ ] By e-mail as follows:

David P. Kowal & Rasha Reges
Assistant United States Attorneys
United States Court House
312 North Spring Street, Suite 1400
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on June 18, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Lynn Evangelista*
Lynn Evangelista

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING**