SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
REUVEN L. COHEN (No. 231915)
Deputy Federal Public Defender
(E-mail: Reuven_Cohen@fd.org)
JOHN LITTRELL (No. 221601)
(E-mail: John_Littrell@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4454
Facsimile (213) 894-0081

Attorneys for Defendant
CHARLES C. LYNCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES C. LYNCH, <u>et. al.</u>,<br><br>Defendants. | NO. CR 07-689-GW<br><br>DEFENDANT'S OPPOSITION TO GOVERNMENT'S REQUEST FOR WRITTEN ORDER PRIOR TO TRIAL RE: COURT'S RULING GRANTING GOVERNMENT'S MOTION IN LIMINE EXCLUDING MEDICAL MARIJUANA ISSUES |

Defendant Charles C. Lynch, by and through his counsel of record, Deputy Federal Public Defenders Reuven L. Cohen and John Littrell, hereby submits his opposition to the Government's Request for Written Order Prior to Trial Re: Court's Ruling Granting Government's Motion In Limine Excluding Medical Marijuana Issues (hereinafter, the "Request for Written Order").

In its Request for Written Order, the government accurately notes that Mr. Lynch "could not agree to the government's proposed order," which the government brought to the motions hearing on July 7, 2008. Request for Written Order at 2. In its Request for Written Order, the government expresses its "hope that the filing of

[its] request and the Proposed Order will cause [Mr. Lynch] to state specifically which portions of the Proposed Order he takes issue." *Id.* at 4. The government's proffered reason for its hope is to "avoid any needless confusion about issues potentially critical to the presentation of the case as early as opening statements." *Id.*

Mr. Lynch propounded discovery in order to comply with his reciprocal discovery obligations under Rule 16. What Mr. Lynch has not done, however, is tell the government whether he has a defense and, if so, what it is.

Mr. Lynch maintains his objection to the government's proposed order because the proposed order does not accurately describe the relief that this Court granted. Mr. Lynch intends to comply with the ruling issued by this Court on July 7, 2008. Consistent with the Court's ruling on that date, Mr. Lynch will limit the evidence presented, if any, to that which is relevant to rebut the government's case or relevant to a valid defense.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: July 14, 2008        By      /s/
                            REUVEN L. COHEN
                            Deputy Federal Public Defender


DATED: July 14, 2008        By      /s/
                            JOHN LITTRELL
                            Deputy Federal Public Defender

2