THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DAVID P. KOWAL (Cal. Bar No. 188651)
RASHA GERGES (Cal. Bar No. 218248)
Assistant United States Attorneys
OCEDTF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone:  (213) 894-5136/6530
    Facsimile:  (213) 894-0142
    E-mail:   david.kowal@usdoj.gov
    E-mail:   rasha.gerges@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-689GW |
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION TO SUBMIT GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE OR LIMIT TESTIMONY OF DEFENDANT'S FINANCIAL EXPERT; DECLARATION OF DAVID P. KOWAL [PROPOSED ORDER] |
| v. | |
| CHARLES LYNCH et. al., | |
| Defendants. | |

    The government hereby applies ex parte for an order allowing it to file the GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE OR LIMIT TESTIMONY OF DEFENDANT'S FINANCIAL EXPERT; DECLARATION OF DAVID P. KOWAL (the "motion") on July 16, 2008 two days after the in limine deadline in this case.

    In support of this application, the government offers the following facts set forth in the Declaration of David P. Kowal attached to the motion.  Specifically, defense counsel was unable

to provide details regarding the opinion of its expert, Mr. Knudson, sooner than the day of the Court's July 14, 2008 filing deadline for in limine motions. However, defense counsel agreed not to oppose an later filed motion by the government with respect to Mr. Knudson's testimony. Defendant produced the details, which form the basis for the governments motion, on July 15, 2008.

DATED: July 16, 2008

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant U.S. Attorney
Chief, Criminal Division

/S/
_____
DAVID P. KOWAL
RASHSA GERGES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

[PROPOSED] ORDER

FOR GOOD CAUSE SHOWN,

It is ORDERED that the government may file to file the <u>GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE OR LIMIT TESTIMONY OF DEFENDANT'S FINANCIAL EXPERT; DECLARATION OF DAVID P. KOWAL</u> on July 16, 2008.

DATED: _____

_____
HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE

2