```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    DAVID P. KOWAL (Cal. Bar No. 188651)
 4  RASHA GERGES (Cal. Bar No. 218248)
    Assistant United States Attorneys
 5  OCEDTF Section
         1400 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California  90012
 7       Telephone:  (213) 894-5136/6530
         Facsimile:  (213) 894-0142
 8       E-mail:   david.kowal@usdoj.gov
                   rasha.gerges@usdoj.gov
 9
10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 07-689-GW |
|---|---|
| Plaintiff, | ) |
| v. | ) GOVERNMENT'S EXHIBITS IN SUPPORT OF MOTION IN LIMINE NO.2 TO PRECLUDE EVIDENCE, ARGUMENT, OR CROSS-EXAMINATION; EXHIBITS |
| CHARLES C. LYNCH | ) |
| Defendant. | ) Hearing Date: July 21, 2008<br>) Hearing Time: 8:00 a.m. |

Plaintiff United States of America, by and through its counsel of record hereby files additional exhibits with respect to communications between the government and defense counsel with respect to confidential informants in this case.

Attached a Exhibit A is a July 10, 2008 letter from the government which references informants in its last paragraph.

Attached as Exhibit B is a July 14, 2008 letter from defense

1 | counsel.

2 | Attached as Exhibit C is a July 14, 2008 letter from the
3 | government.

4 | Attached as Exhibit D is a July 17, 2008 letter from the
5 | government.

6 | Attached as Exhibit E is a copy of <u>United States v. Becerra</u>,
7 | 992 F.2d 960 (9th Cir. 1993).

Dated: July 17, 2008          Respectfully submitted,

                              THOMAS P. O'BRIEN
                              United States Attorney

                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division


                              _____/S/_____
                              DAVID P. KOWAL
                              RASHA GERGES
                              Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   United States of America

1