SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
REUVEN L. COHEN (No. 231915)
Deputy Federal Public Defender
(E-mail: Reuven_Cohen@fd.org)
JOHN LITTRELL (No. 221601)
(E-mail: John_Littrell@fd.org)
MICHAEL TANAKA (No. 85026)
(E-mail: Michael_Tanaka@fd.org)
GUY C. IVERSEN (No. 150883)
(E-mail: Guy_Iversen@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4454
Facsimile (213) 894-0081

Attorneys for Defendant
CHARLES C. LYNCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES C. LYNCH, <u>et. al.</u>,<br><br>Defendants. | NO. CR 07-689-GW<br><br>LETTERS OF JUROR REZA IRANPOUR IN SUPPORT OF CHARLES C. LYNCH'S POSITION RE: SENTENCING FACTORS<br><br>Sent. Date: March 23, 2009<br>Time: 8:30 a.m. |

Defendant Charles C. Lynch, by and through his counsel of record, Deputy Federal Public Defenders Reuven L. Cohen, John Littrell, Michael Tanaka

//

//

//

and Guy C. Iversen, respectfully submits the attached letters from juror, Reza Iranpour, in support of Charles C. Lynch's Position Re: Sentencing Factors.[1]

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: March 9, 2009  By /s/
REUVEN L. COHEN
Deputy Federal Public Defender

DATED: March 9, 2009  By /s/
JOHN LITTRELL
Deputy Federal Public Defender

DATED: March 9, 2009  By /s/
MICHAEL TANAKA
Deputy Federal Public Defender

DATED: March 9, 2009  By /s/
GUY C. IVERSEN
Deputy Federal Public Defender

---

[1] Mr. Lynch's attorneys spoke with Mr. Iranpour on March 9, 2009 and clarified that Mr. Iranpour has granted his permission to file his two letters to this Court in a public pleading.

2

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the LETTERS OF JUROR REZA IRANPOUR IN SUPPORT OF CHARLES C. LYNCH'S POSITION RE: SENTENCING FACTORS.

On March 9, 2009, following ordinary business practice, service was:

[ ] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

[ ] By e-mail as follows:

Alberto Gudiño
U.S. Probation Officer
United States Court House
312 North Spring Street, Suite 600
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on March 9, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Lynn Evangelista*
Lynn Evangelista

3