# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( __ Amended _____ )

| | |
|---|---|
| Case No. CR07-689-GW | Date April 29, 2010 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Wil Wilcox | David Kowal; Rasha Gerges |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| 1. Charles C. Lynch | Reuven Cohen; John L. Littrell; Guy C. Iverson; Michael Tanaka | | | ✔ | NONE |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT**

✔ Refer to Judgment and Probation/Commitment Order;     ___ See below for sentence.
___ Imprisonment for ___years/months___ on each of counts _____
___ Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
     ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
     commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
     ___ Perform _____ hours of community service.
     ___ Serve _____ in a CCC/CTC.
     ___ Pay $_____ fine amounts & times determined by P/O.
     ___ Make $_____ restitution in amounts & times determined by P/O.
     ___ Participate in a program for treatment of narcotic/alcohol addiction.
     Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
     ___ Other conditions: _____
Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the
___ defendant does not have the ability to pay.
___ Pay $_____ per count, special assessment to the United States for a total of $_____
___ Imprisonment for ___months/years___ and for a study pursuant to 18 USC _____
with results to be furnished to the Court within ___days/months___ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
___ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.     ___ Processed statement of reasons.
___ Bond exonerated ___ upon surrender ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release     # _____
___ Present bond to continue as bond on appeal.     ___ Appeal bond set at $_____
___ Filed and distributed judgment. ENTERED.

                                                                                _____ : __20__
                                                Initials of Deputy Clerk   JG

cc: USPO

---