```
 1

 2                       UNITED STATES DISTRICT COURT

 3                      CENTRAL DISTRICT OF CALIFORNIA
                              WESTERN DIVISION
 4


 5
    UNITED STATES OF AMERICA,      )
 6                                 )
                                   )
 7        PLAINTIFF,               )
                                   )
 8        VS.                      ) CASE NO. CR 07-00689-GW
                                   )
 9                                 )
    CHARLES C. LYNCH,              ) LOS ANGELES, CALIFORNIA
10                                 ) JULY 17, 2007
                                   ) (2:23 P.M. TO 2:27 A.M.)
11        DEFENDANT.               ) (4:00 P.M. TO 4:06 P.M.)
    _____)
12

13                              ARRAIGNMENT
                 BEFORE THE HONORABLE FERNANDO M. OLGUIN
14                    UNITED STATES MAGISTRATE JUDGE

15

16

17
    APPEARANCES:              SEE NEXT PAGE
18
    COURT REPORTER:           RECORDED; COURT SMART
19
    COURTROOM DEPUTY:         VANESSA DEL RIO
20
    TRANSCRIBER:              DOROTHY BABYKIN
21                            COURTHOUSE SERVICES
                              1218 VALEBROOK PLACE
22                            GLENDORA, CALIFORNIA  91740
                              (626) 963-0566
23

24  PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
    TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
25
```

```
 1   APPEARANCES:  (CONTINUED)
     FOR THE PLAINTIFF:       DEBRA W. YANG
 2                            UNITED STATES ATTORNEY
                              CHRISTINE C. EWELL
 3                            CHIEF, CRIMINAL DIVISION
                              ASSISTANT UNITED STATES ATTORNEY
 4                            BY:  DAVID KOWAL
                              ASSISTANT UNITED STATES ATTORNEY
 5                            312 NORTH SPRING STREET
                              LOS ANGELES, CALIFORNIA  90012
 6
     FOR THE DEFENDANT:        SEAN K. KENNEDY
 7                            FEDERAL PUBLIC DEFENDER
                              BY:  SYLVIA TORRES-GUILLEN
 8                            DEPUTY FEDERAL PUBLIC DEFENDER
                              321 EAST SECOND STREET
 9                            LOS ANGELES, CALIFORNIA  90012

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X
    CASE NO. CR 07-00689-GW                    JULY 17, 2007
 2
    PROCEEDINGS:  ARRAIGNMENT
 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   LOS ANGELES, CALIFORNIA; TUESDAY, JULY 17, 2007; 2:23 P.M.
 2              THE COURT:  BEFORE WE START CALLING THE CALENDAR, I
 3   WANT TO ADVISE ALL DEFENDANTS OF THEIR RIGHTS IN CONNECTION
 4   WITH THESE PROCEEDINGS.
 5              ARE THERE ANY INTERPRETERS PRESENT IN COURT?
 6              (INTERPRETERS MAKE APPEARANCES.)
 7              THE COURT:  YOU ARE HERE BECAUSE YOU ARE CHARGED
 8   WITH A CRIMINAL OFFENSE AGAINST THE UNITED STATES.
 9              THE NATURE OF THE OFFENSE IS DESCRIBED IN THE
10   COMPLAINT OR INDICTMENT AND ATTACHED AFFIDAVIT YOU HAVE
11   RECEIVED OR WILL RECEIVE.
12              YOU HAVE THE FOLLOWING RIGHTS.  PLEASE LISTEN
13   CAREFULLY.
14              YOU HAVE A RIGHT TO BE REPRESENTED BY A LAWYER AT
15   ALL STAGES OF THESE PROCEEDINGS.  YOU ALSO HAVE THE RIGHT TO
16   HAVE A LAWYER PRESENT WITH YOU AT ANY TIME THAT YOU ARE
17   QUESTIONED BY A LAW ENFORCEMENT OFFICER.
18              IF YOU WISH TO HIRE A LAWYER, TALK TO A LAWYER
19   BEFORE I PROCEED WITH YOUR CASE, I WILL GIVE YOU TIME TO DO
20   SO.
21              IF YOU DON'T HAVE THE MONEY TO HIRE A LAWYER, WE
22   WILL APPOINT ONE TO REPRESENT YOU AT NO COST OR EXPENSE TO
23   YOU.  HOWEVER, YOU MUST SUBMIT A FINANCIAL AFFIDAVIT TO THE
24   COURT BEFORE I WILL APPOINT COUNSEL TO REPRESENT YOU.
25              YOU EACH HAVE THE RIGHT TO REMAIN SILENT.  THIS IS
```

```
 1  CALLED YOUR PRIVILEGE AGAINST SELF-INCRIMINATION.  YOU CANNOT
 2  BE REQUIRED TO MAKE A STATEMENT TO ANYONE.  IF YOU WAIVE THAT
 3  RIGHT AND MAKE A STATEMENT, THE CONTENTS OF THAT STATEMENT
 4  MAY BE USED AGAINST YOU IN FUTURE PROCEEDINGS.  IN OTHER
 5  WORDS, ANYTHING THAT YOU SAY, SIGN, OR WRITE WHICH TENDS TO
 6  INCRIMINATE YOU MAY BE INTRODUCED AGAINST YOU.
 7            A PLEA OF GUILTY WILL INVOLVE A WAIVER OF YOUR
 8  PRIVILEGE AGAINST SELF-INCRIMINATION.
 9            YOU HAVE A RIGHT TO A PRELIMINARY HEARING WITHIN
10  TEN DAYS IF YOU'RE IN CUSTODY AND WITHIN 20 DAYS IF YOU'RE
11  RELEASED FROM CUSTODY.
12            A PRELIMINARY HEARING IS A COURT PROCEEDING IN
13  WHICH THE GOVERNMENT MUST SHOW PROBABLE CAUSE TO BELIEVE THAT
14  YOU'VE COMMITTED THE OFFENSE YOU ARE CHARGED WITH.
15            HOWEVER, IF YOU ARE INDICTED BY A FEDERAL GRAND
16  JURY BEFORE THE DATE AND TIME SET FOR THE PRELIMINARY
17  HEARING, THEN, NO SUCH HEARING IS REQUIRED TO BE HELD.
18            YOU HAVE A RIGHT TO HAVE BAIL DETERMINED IN
19  ACCORDANCE WITH THE PROVISIONS OF THE BAIL REFORM ACT.  UNDER
20  THE PROVISIONS OF THAT ACT, YOU MAY BE DETAINED IN CUSTODY
21  PENDING FURTHER COURT PROCEEDINGS, OR YOU MAY BE RELEASED ON
22  BAIL OR BY SATISFYING OTHER CONDITIONS TO BE SET BY THE
23  COURT.
24            THE QUESTION OF WHETHER OR NOT YOU'LL BE RELEASED
25  FROM CUSTODY AND ON WHAT CONDITIONS DEPENDS ON MANY FACTORS,
```

1  SUCH AS THE NATURE AND CIRCUMSTANCES OF THE OFFENSE CHARGED,
2  YOUR FAMILY TIES AND LENGTH OF RESIDENCE TO THE COMMUNITY,
3  YOUR EMPLOYMENT STATUS, YOUR PAST HISTORY OF CRIMINAL
4  CONVICTIONS AND WHETHER OR NOT YOU POSE A DANGER TO ANY
5  PERSON OR TO THE COMMUNITY.
6          IF THE GOVERNMENT SEEKS TO DETAIN YOU, YOU HAVE A
7  RIGHT TO A HEARING ON THE DATE OF YOUR FIRST APPEARANCE OR
8  WITHIN THREE TO FIVE DAYS OF YOUR APPEARANCE IF A CONTINUANCE
9  IS REQUESTED AND GRANTED.
10         IN THE EVENT YOU ARE DETAINED, YOU HAVE A RIGHT
11 UPON APPLICATION OF YOUR COUNSEL TO HAVE THE MATTER REVIEWED
12 BY THE CRIMINAL DUTY JUDGE OR OTHER DISTRICT COURT JUDGE WHO
13 MAY BE ASSIGNED.
14         YOU HAVE A RIGHT TO BE PRESENT AT ALL SUBSEQUENT
15 HEARINGS WHERE FURTHER ARGUMENT WILL BE HEARD REGARDING THE
16 MODIFYING OF THE CONDITIONS OF YOUR RELEASE.
17         IF THE CHARGES AGAINST YOU HAVE BEEN FILED IN A
18 DISTRICT OTHER THAN THE CENTRAL DISTRICT OF CALIFORNIA, IN
19 ADDITION TO THE RIGHTS I HAVE PREVIOUSLY EXPLAINED, YOU HAVE
20 A RIGHT TO AN IDENTITY HEARING IN WHICH THE GOVERNMENT MUST
21 PRESENT EVIDENCE DEMONSTRATING THAT YOU ARE THE PERSON NAMED
22 IN THE OUT-OF-DISTRICT COMPLAINT OR INDICTMENT.
23         ALSO, IF THE COMPLAINT OR INDICTMENT IN WHICH YOU
24 ARE CHARGED HAS NOT YET BEEN FILED IN THIS COURT, YOU MAY
25 REQUEST A CONTINUANCE FOR ARRIVAL OF PROCESS.

1                IF YOU WISH, YOU MAY WAIVE ALL FURTHER PROCEEDINGS

2      IN THIS COURT AND REQUEST THAT YOU EITHER BE TRANSPORTED OR

3      PERMITTED TO APPEAR IN THE COURT WHERE THE CHARGES ORIGINATE

4      FOR FURTHER PROCEEDINGS.

5                IN ADDITION, YOU SHOULD BE AWARE OF RULE 20 OF THE

6      FEDERAL RULES OF CRIMINAL PROCEDURE WHICH PROVIDES THAT IF

7      YOU WISH TO PLEAD GUILTY OR NO CONTEST, IT MAY BE POSSIBLE TO

8      DO THAT HERE IN THIS DISTRICT WITHOUT BEING RETURNED TO THE

9      DISTRICT IN WHICH THE CHARGES AGAINST YOU WERE FILED.

10               THIS IS SOMETHING FOR YOU TO DISCUSS FURTHER WITH

11     YOUR LAWYER.  YOUR ATTORNEY MAY REQUEST A CONTINUANCE FOR A

12     RULE 20 APPEARANCE SINCE THE CONSENT OF BOTH THE UNITED

13     STATES ATTORNEY OF THIS DISTRICT AND THE UNITED STATES

14     ATTORNEY OF THE CHARGING DISTRICT MUST FIRST BE OBTAINED.

15               IF YOU ARE BEFORE THIS COURT ON AN ALLEGED

16     VIOLATION OF PROBATION OR AN ALLEGED VIOLATION FOR RELEASE

17     CONDITIONS FILED IN ANOTHER DISTRICT, YOU ALSO HAVE A RIGHT

18     TO AN IDENTITY HEARING BEFORE YOU ARE REMOVED TO THAT

19     DISTRICT TO ANSWER THE ALLEGATIONS.

20               YOU DO NOT HAVE A RIGHT TO A PRELIMINARY HEARING IN

21     THIS DISTRICT UNLESS IT IS A PROBATION MATTER AND PROBATION

22     WAS, IN FACT, TRANSFERRED TO THIS DISTRICT OR THE VIOLATION

23     OCCURRED IN THIS DISTRICT.

24               IF YOU ARE BEFORE THE COURT ON AN ARREST OR

25     VOLUNTARY SURRENDER ON A LOCAL INDICTMENT YOU ARE ADVISED

1  THAT YOUR ARRAIGNMENT AND PLEA WILL BE SCHEDULED ON THE
2  MONDAY FOLLOWING YOUR APPEARANCE.
3          AT TODAY'S HEARING THE COURT WILL APPOINT COUNSEL
4  IF YOU ARE NOT REPRESENTED BY PRIVATE COUNSEL, ADVISE YOU OF
5  THE NATURE OF THE CHARGES, AND THE CONDITIONS OF RELEASE SET
6  ON THE INDICTMENT.
7          IF THERE IS A REQUEST FOR DETENTION, YOU HAVE A
8  RIGHT TO REQUEST A HEARING THIS DATE OR A CONTINUANCE.
9          IF CONDITIONS OF RELEASE HAVE BEEN SET WHICH YOU
10 ARE UNABLE TO MEET, YOU MAY REQUEST A REVIEW OF THOSE
11 CONDITIONS.
12         I'LL ASK THE CLERK TO PLEASE CALL THE CALENDAR.
13         (PROCEEDINGS HEARD IN UNRELATED MATTERS.)
14         THE CLERK:  CALLING CASE CR 07-689, UNITED STATES
15 OF AMERICA VERSUS CHARLES C. LYNCH.
16         COUNSEL, PLEASE MAKE YOUR APPEARANCES.
17         MR. KOWAL:  GOOD AFTERNOON, YOUR HONOR.
18         DAVID KOWAL FOR THE UNITED STATES.
19         MS. TORRES-GUILLEN:  GOOD AFTERNOON AGAIN, YOUR
20 HONOR.
21         SYLVIA TORRES-GUILLEN ON BEHALF OF MR. LYNCH, WHO
22 IS PRESENT.
23         THE COURT:  OKAY.
24         MS. TORRES-GUILLEN:  AND IF I MAY APPROACH WITH THE
25 FINANCIAL AFFIDAVIT?

```
 1                THE COURT:  YES.
 2                MS. TORRES-GUILLEN:  AND, YOUR HONOR, I WOULD
 3   REQUEST THAT THIS BE FILED UNDER SEAL.
 4                THE COURT:  OKAY.  IT'S SO ORDERED.
 5                MS. TORRES-GUILLEN:  THANK YOU.
 6                THE COURT:  OKAY.  IS CHARLES C. LYNCH YOUR TRUE
 7   NAME?
 8                THE DEFENDANT:  YES, SIR.
 9                THE COURT:  AND DID YOU SIGN THIS FINANCIAL
10   AFFIDAVIT?
11                THE DEFENDANT:  YES, SIR.
12                THE COURT:  ARE THE STATEMENTS ON THE AFFIDAVIT
13   TRUE?
14                THE DEFENDANT:  APPROXIMATELY TO THE BEST OF MY
15   KNOWLEDGE WITHOUT MY BOOKS AVAILABLE.
16                THE COURT:  OKAY.  I'M GOING TO APPOINT MS.
17   TORRES-GUILLEN FOR PURPOSES OF TODAY AND MAKE A DETERMINATION
18   LATER ON BASED ON WHAT HAPPENS WHETHER YOU SHOULD CONTRIBUTE
19   TO YOUR REPRESENTATION OR NOT.  BUT FOR PURPOSES OF TODAY,
20   I'M GOING TO APPOINT HER.
21                OKAY.  DID YOU -- HAVE YOU READ A COPY OF THE
22   INDICTMENT IN THIS CASE?
23                THE DEFENDANT:  YES.
24                THE COURT:  DO YOU UNDERSTAND THE NATURE OF THE
25   CHARGES THAT ARE BEING MADE AGAINST YOU BY THE GOVERNMENT?
```

```
 1                THE DEFENDANT:  YES, SIR.
 2                THE COURT:  DO YOU WANT US TO READ THE CHARGES
 3   CONTAINED IN THE INDICTMENT?
 4                THE DEFENDANT:  NO, THANK YOU, SIR.
 5                THE COURT:  OKAY.  I DON'T HAVE THE ORIGINAL FILE
 6   HERE.
 7                WAS THERE A REQUEST FOR DETENTION FILED IN THIS
 8   CASE?
 9                MR. KOWAL:  YES, THERE WAS, YOUR HONOR.  I PROVIDED
10   MY SOLE COPY TO DEFENSE COUNSEL PRIOR TO THIS HEARING.  IF
11   THE COURT WOULD LIKE, AT ANOTHER TIME I COULD FILL OUT
12   ANOTHER ONE.
13                I CAN RELATE TO THE COURT THAT THE GOVERNMENT DOES
14   SEEK DETENTION AND DOES ALLEGE A PRESUMPTION BASED ON THE
15   NARCOTICS OFFENSE SO CHARGED HEREIN.
16                THE COURT:  OKAY.
17                MS. TORRES-GUILLEN, ARE YOU READY TO PROCEED IN
18   THIS MATTER?
19                MS. TORRES-GUILLEN:  YOUR HONOR, I KNOW THAT HE HAS
20   NOT INTERVIEWED WITH PRETRIAL SERVICES.
21                THE COURT:  OKAY.
22                MS. TORRES-GUILLEN:  AND I WOULD IMAGINE THAT THE
23   COURT WOULD WANT THAT INFORMATION BEFORE PROCEEDING.
24                THE COURT:  I DO.  I DO.
25                SO, WE CAN PUT IT OVER TO WHATEVER -- TOMORROW,
```

```
 1   THURSDAY OR FRIDAY, WHATEVER --
 2          (MS. TORRES-GUILLEN CONFERRING WITH CLIENT.)
 3          MS. TORRES-GUILLEN:  YOUR HONOR, IF WE COULD PUT
 4   THIS OVER TILL FRIDAY.
 5          THE COURT:  THAT'S FINE.
 6          MS. TORRES-GUILLEN:  I'M SORRY.
 7          (MS. TORRES-GUILLEN CONFERRING WITH CLIENT.)
 8          MS. TORRES-GUILLEN:  YOUR HONOR, COULD WE DO THIS
 9   ON THURSDAY?
10          THE COURT:  WE CAN DO IT -- CAN DO IT --
11          (THE COURT CONFERRING WITH CLERK.)
12          THE COURT:  LET'S DO IT THURSDAY MORNING OVER IN MY
13   COURTROOM ON SPRING STREET.
14          SO, WE'LL MAKE THAT 10:00 A.M. ON THURSDAY, THE
15   19TH IN THE COURTROOM AT THE SPRING STREET COURTHOUSE.
16          ANYTHING ELSE?
17          MR. KOWAL:  YOUR HONOR, THAT'S FINE WITH THE
18   GOVERNMENT.
19          I JUST WANT TO BE CLEAR REGARDING THE TEMPORARY
20   NATURE OF THE COURT'S APPOINTMENT OF COUNSEL.
21          IS THAT BECAUSE THERE'S GOING TO BE FURTHER
22   DISCUSSIONS AS TO WHETHER HE QUALIFIES FOR APPOINTED COUNSEL.
23          IS THIS THE COUNSEL I SHOULD BE DEALING WITH, OR
24   WILL THIS BE DETERMINED ON THURSDAY?
25          THE COURT:  WELL, DEAL WITH MS. TORRES-GUILLEN
```

1   UNTIL FURTHER NOTICE.  I DON'T KNOW WHAT ELSE TO TELL YOU AT

2   THIS POINT BECAUSE IN SOME CASES -- OBVIOUSLY THE ABILITY OF

3   SOMEONE TO CONTRIBUTE TO THEIR DEFENSE DEPENDS ON WHETHER

4   THEY GET BAIL AND CAN GO BACK TO WORK.

5              MR. KOWAL:  UNDERSTOOD, YOUR HONOR.

6              THE COURT:  AND THAT'S TRUE IN A LOT OF CASES --

7   NOT NECESSARILY THAT'S SO IN THE CASE HERE.

8              SO, UNTIL FURTHER ORDERED, MS. TORRES-GUILLEN IS

9   COUNSEL.

10             MR. KOWAL:  THANK YOU, YOUR HONOR.

11             THE COURT:  SO, THIS MATTER IS CONTINUED TILL

12  THURSDAY, THE 19TH AT 10:00 A.M.

13             ANYTHING ELSE?

14             MS. TORRES-GUILLEN:  NO, YOUR HONOR.  THANK YOU.

15             MR. KOWAL:  NOTHING FROM THE GOVERNMENT, YOUR

16  HONOR.

17             (PROCEEDINGS CONCLUDED AT 4:06 P.M.)

18

19

20

21

22

23

24

25

```
 1

 2

 3                    C E R T I F I C A T E

 4

 5         I CERTIFY THAT THE FOREGOING IS A CORRECT

 6    TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE

 7    PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

 8

 9

10

11    DOROTHY BABYKIN                            6/26/10

12    _____        _____

13    FEDERALLY CERTIFIED TRANSCRIBER            DATED

14    DOROTHY BABYKIN

15

16

17

18

19

20

21

22

23

24

25
```