```
 1

 2                     UNITED STATES DISTRICT COURT

 3                    CENTRAL DISTRICT OF CALIFORNIA
                             WESTERN DIVISION
 4


 5
     UNITED STATES OF AMERICA,      )
 6                                  )
                                    )
 7          PLAINTIFF,              )
                                    )
 8          VS.                     ) CASE NO. CR 07-00689-GW
                                    )
 9                                  )
     CHARLES C. LYNCH, ARMOND       ) LOS ANGELES, CALIFORNIA
10   TENNYSON TOLLETTE, JR.,        ) JULY 23, 2007
                                    ) (9:53 A.M. TO 9:59 A.M.)
11          DEFENDANTS.             ) (10:00 A.M. TO 10:04 A.M.)
     _____)
12

13                              ARRAIGNMENT
                 BEFORE THE HONORABLE FREDERICK F. MUMM
14                    UNITED STATES MAGISTRATE JUDGE

15

16

17
     APPEARANCES:              SEE NEXT PAGE
18
     COURT REPORTER:           RECORDED; COURT SMART
19
     COURTROOM DEPUTY:         TERRY BAKER
20
     TRANSCRIBER:              DOROTHY BABYKIN
21                             COURTHOUSE SERVICES
                               1218 VALEBROOK PLACE
22                             GLENDORA, CALIFORNIA  91740
                               (626) 963-0566
23

24   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
     TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
25
```

```
 1   APPEARANCES: (CONTINUED)
     FOR THE PLAINTIFF:         DEBRA W. YANG
 2                              UNITED STATES ATTORNEY
                                CHRISTINE C. EWELL
 3                              CHIEF, CRIMINAL DIVISION
                                ASSISTANT UNITED STATES ATTORNEY
 4                              BY:  JENNIFER CORBET
                                ASSISTANT UNITED STATES ATTORNEY
 5                              312 NORTH SPRING STREET
                                LOS ANGELES, CALIFORNIA  90012
 6
     FOR DEFENDANT LYNCH:       SEAN K. KENNEDY
 7                              FEDERAL PUBLIC DEFENDER
                                BY:  GUY IVERSEN
 8                              DEPUTY FEDERAL PUBLIC DEFENDER
                                321 EAST SECOND STREET
 9                              LOS ANGELES, CALIFORNIA  90012
                                (SPECIALLY APPEARING FOR
10                              SYLVIA TORRES-GUILLEN, DFPD)

11   FOR DEFENDANT TOLLETTE:    WILLIAM S. KROGER, JR. LAW OFFICES
                                BY:  WILLIAM S. KROGER, JR.
12                                   ATTORNEY AT LAW
                                8888 OLYMPIC BOULEVARD
13                              1ST FLOOR
                                BEVERLY HILLS, CALIFORNIA  90211
14
15   ALSO PRESENT:              ADA O'NEIL
                                PRETRIAL SERVICES OFFICER
16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X
    CASE NO. CR 07-00689-GW                      JULY 23, 2007
 2
    PROCEEDINGS:  ARRAIGNMENT AND ASSIGNMENT OF CASE
 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        LOS ANGELES, CALIFORNIA; MONDAY, JULY 23, 2007; 9:53 A.M.
 2              THE COURT:  ARE THERE ANY REPRESENTATIVES OF
 3   PRETRIAL SERVICES HERE THIS MORNING?
 4              PRETRIAL SERVICES OFFICER:  GOOD MORNING, YOUR
 5   HONOR.  ADA O'NEIL.
 6              THE COURT:  GOOD MORNING.
 7              BEFORE I CALL THE ARRAIGNMENT CALENDAR, I WISH TO
 8   ADVISE ALL THE DEFENDANTS OF THEIR CONSTITUTIONAL RIGHTS IN
 9   CONNECTION WITH THE PROCEEDINGS AND EXPLAIN THE PROCEDURES
10   THAT WE'LL BE FOLLOWING THIS MORNING.
11              YOU ARE HERE BECAUSE YOU ARE CHARGED WITH ONE OR
12   MORE VIOLATIONS OF FEDERAL LAW.
13              THE CHARGES AGAINST YOU ARE CONTAINED IN AN
14   INDICTMENT OR INFORMATION.  A COPY OF THE CHARGES HAS BEEN
15   GIVEN TO YOU OR WILL BE GIVEN TO YOU THIS MORNING.
16              YOU HAVE THE FOLLOWING CONSTITUTIONAL RIGHTS.
17   PLEASE LISTEN CAREFULLY.
18              YOU ARE ENTITLED TO A SPEEDY AND PUBLIC TRIAL BY
19   JURY OR BY A JUDGE ALONE IF A JURY IS WAIVED BY YOU AND BY
20   COUNSEL FOR THE GOVERNMENT.
21              YOU HAVE A RIGHT TO RETAIN AND BE REPRESENTED BY AN
22   ATTORNEY OF YOUR CHOOSING AT ALL STAGES OF THE PROCEEDINGS.
23              IF YOU CANNOT AFFORD AN ATTORNEY, YOU HAVE A RIGHT
24   TO REQUEST THAT THE COURT APPOINT AN ATTORNEY TO REPRESENT
25   YOU AT THE GOVERNMENT'S EXPENSE.
```

1         IN THAT EVENT YOU WILL BE REQUIRED TO SUBMIT A
2    FINANCIAL AFFIDAVIT FOR APPROVAL OF THE COURT BEFORE COUNSEL
3    WILL BE APPOINTED.  ANY FALSE OF MISLEADING STATEMENTS IN
4    THAT AFFIDAVIT MAY SUBJECT YOU TO FURTHER PROSECUTION FOR
5    VIOLATING FEDERAL LAW.
6         YOU HAVE A RIGHT TO BE PERSONALLY PRESENT AT THIS
7    ARRAIGNMENT AND ALL THE PROCEEDINGS WHICH MAY FOLLOW,
8    INCLUDING, WITHOUT LIMITATION, THE TIME OF THE PLEA AND EVERY
9    STAGE OF THE TRIAL, INCLUDING THE IMPANELMENT OF THE JURY AND
10   THE RETURN OF THE VERDICT.
11        BUT YOU ARE WARNED THAT YOU MAY BE TRIED AND/OR
12   SENTENCED IN ABSENTIA, THAT IS, WITHOUT YOU BEING THERE, IF
13   YOU DELIBERATELY FAIL TO APPEAR WITHOUT CAUSE.
14        YOU HAVE A PRIVILEGE AGAINST SELF-INCRIMINATION.
15   THIS MEANS THAT YOU HAVE THE RIGHT TO REMAIN SILENT.
16   ANYTHING YOU SAY, SIGN, OR WRITE WHICH TENDS TO INCRIMINATE
17   YOU MAY BE INTRODUCED AGAINST YOU IN THIS OR IN ANY OTHER
18   PROCEEDING.
19        YOU MAY REFUSE TO MAKE ANY SUCH STATEMENTS.  A PLEA
20   OF GUILTY WILL INVOLVE A WAIVER OF YOUR PRIVILEGE AGAINST
21   SELF-INCRIMINATION.
22        YOU ARE ENTITLED TO SEE AND HEAR THE EVIDENCE AND
23   WITNESSES AGAINST YOU AND TO CROSS-EXAMINE THOSE WITNESSES.
24        YOU ARE ENTITLED TO SUBPOENA WITNESSES AND HAVE A
25   JUDGE ORDER THE PRODUCTION OF OTHER EVIDENCE ON YOUR BEHALF.

1    THIS WILL ALL BE WITHOUT COST TO YOU IF YOU ARE INDIGENT.

2              YOU HAVE THE RIGHT TO HAVE A JUDGE CONSIDER THE

3    CONDITIONS OF YOUR RELEASE PENDING TRIAL IN ACCORDANCE WITH

4    THE BAIL REFORM ACT OF 1984.

5              IF THE GOVERNMENT SEEKS DETENTION, YOU HAVE THE

6    RIGHT TO A HEARING ON THE FIRST DATE OF YOUR APPEARANCE OR

7    WITHIN THREE TO FIVE DAYS OF YOUR FIRST APPEARANCE IF A

8    CONTINUANCE IS REQUESTED AND GRANTED.

9              IN THE EVENT YOU ARE DETAINED, YOU HAVE A RIGHT

10   UPON APPLICATION OF YOUR COUNSEL TO HAVE THE MATTER REVIEWED

11   BY THE CRIMINAL DUTY JUDGE OR OTHER DISTRICT COURT JUDGE WHO

12   MAY BE ASSIGNED.

13             YOU HAVE A RIGHT TO BE PRESENT AT ALL SUBSEQUENT

14   HEARINGS WHERE FURTHER ARGUMENT WILL BE HEARD REGARDING THE

15   MODIFYING OF THE CONDITIONS OF YOUR RELEASE.

16             IT IS NOT NECESSARY FOR YOU TO PROVE YOUR

17   INNOCENCE.  IT IS THE BURDEN OF THE GOVERNMENT TO PROVE YOUR

18   GUILT BEYOND A REASONABLE DOUBT.

19             FOR YOUR PLEA AND ALL FURTHER PROCEEDINGS, YOUR

20   CASE WILL BE TRANSFERRED TO A DISTRICT JUDGE OF THIS COURT.

21   THE PARTICULAR DISTRICT JUDGE FOR YOUR CASE WILL BE SELECTED

22   BY LOT THIS MORNING AFTER YOU ARE ARRAIGNED.

23             ALL MOTIONS ARE RESERVED AND MUST BE MADE BEFORE

24   THE DISTRICT JUDGE TO WHOM THE CASE IS ASSIGNED.

25             WHERE A PARTICULAR CASE INVOLVES MORE THAN ONE

1    DEFENDANT, ALL DEFENDANTS ARE REQUIRED TO APPEAR BEFORE THE
2    DISTRICT JUDGE TO WHOM THE CASE FIRST IS ASSIGNED.
3             IF THE DISTRICT JUDGE HAS REQUESTED THAT THE
4    MAGISTRATE JUDGE TAKE A NOT-GUILTY PLEA, AND YOU ARE PLEADING
5    NOT GUILTY, YOU'LL BE ASKED TO PLEAD FOLLOWING YOUR
6    ARRAIGNMENT, AND A TRIAL DATE WILL BE SET.
7             THE CLERK PREVIOUSLY HAS DESIGNATED THE FEDERAL
8    PUBLIC DEFENDER AND MEMBERS OF THE INDIGENT DEFENSE PANEL TO
9    REPRESENT CERTAIN DEFENDANTS THIS MORNING.  FOR THOSE
10   DEFENDANTS FOR WHOM A FINANCIAL AFFIDAVIT IS ON FILE, AND A
11   LAWYER WAS PREVIOUSLY APPOINTED, THE LAWYERS SO DESIGNATED
12   ARE HEREBY APPOINTED IN THE RESPECTIVE CASES TO WHICH THEY
13   HAVE BEEN ASSIGNED.
14            IF A PRIVATE LAWYER IS APPEARING FOR ANY DEFENDANT
15   FOR WHOM A COURT-APPOINTED ATTORNEY PREVIOUSLY WAS
16   DESIGNATED, THE PRIVATE LAWYER SHOULD MAKE HIS OR HER
17   PRESENCE KNOWN AND FILE A FORMAL APPEARANCE WITH THE COURT.
18   THE COURT-APPOINTED ATTORNEY WILL THEN BE RELIEVED FROM THE
19   REPRESENTATION.
20            WHEN I ASSIGN A CASE TO A DISTRICT JUDGE OF THIS
21   COURT AND ANNOUNCE THE TIME FOR APPEARANCE, DEFENDANT AND
22   COUNSEL OF RECORD ARE ORDERED TO APPEAR BEFORE THAT JUDGE AT
23   THE TIME I SPECIFY.
24            IF A LAWYER HAS AN APPEARANCE AT THE SAME TIME IN
25   MORE THAN ONE COURTROOM, THE LAWYER IS DIRECTED TO APPEAR

```
 1   FIRST IN THE COURT OF THE DISTRICT JUDGE WHO HAS SENIORITY.
 2              HOWEVER, IF THE LAWYER IS DIRECTED TO APPEAR IN TWO
 3   OR MORE COURTS AT DIFFERENT TIMES, THE LAWYER SHALL FIRST
 4   APPEAR BEFORE THE DISTRICT JUDGE WHO HAS FIXED THE EARLIER
 5   HOUR OF CONVENING.
 6              THE GOVERNMENT IS REMINDED ABOUT ITS CONSULAR
 7   AND/OR VICTIM NOTIFICATION RESPONSIBILITIES WHERE APPLICABLE.
 8              I'LL NOW ASK THE CLERK TO CALL THE CALENDAR.
 9              (PROCEEDINGS HEARD IN UNRELATED MATTERS.)
10              THE CLERK:  CALLING ITEM NUMBER 36, CASE NUMBER
11   CR 07-689, UNITED STATES OF AMERICA VERSUS CHARLES C. LYNCH
12   AND UNITED STATES OF AMERICA VERSUS ARMOND TENNYSON TOLLETTE,
13   JR.
14              COUNSEL, STATE YOUR APPEARANCES.
15              MS. CORBET:  GOOD MORNING AGAIN, YOUR HONOR.
16              JENNIFER CORBET ON BEHALF OF THE UNITED STATES.
17              THE COURT:  GOOD MORNING.
18              MR. KROGER:  GOOD MORNING, YOUR HONOR.
19              WILLIAM KROGER ON BEHALF OF DR. TOLLETTE.
20              THE COURT:  GOOD MORNING.
21              MR. IVERSEN:  GUY IVERSEN SPECIALLY APPEARING FOR
22   SYLVIA TORRES-GUILLEN FROM THE PUBLIC DEFENDER'S OFFICE ON
23   BEHALF OF MR. LYNCH.
24              THE COURT: ALL RIGHT.  AND HAS THE PUBLIC DEFENDER
25   ALREADY BEEN APPOINTED IN THIS MATTER?
```

```
 1                MR. IVERSEN:  YES, WE HAVE, YOUR HONOR.
 2                THE COURT:  ALL RIGHT.
 3                (COURT CONFERRING WITH CLERK.)
 4                THE COURT:  OKAY.  SO --
 5                YES?  GO AHEAD.
 6                MR. KROGER:  THANK YOU, YOUR HONOR.
 7                YOUR HONOR, AT THIS POINT WE WOULD ASK THE COURT TO
 8   CONTINUE THIS MATTER UNTIL AUGUST 6TH.
 9                THE COURT:  ALL RIGHT.
10                ANY OBJECTION FROM THE GOVERNMENT?
11                MS. CORBET:  NO OBJECTION, YOUR HONOR.
12                THE COURT:  ALL RIGHT.  THIS MATTER IS CONTINUED
13   TILL OCTOBER 6TH -- OCTOBER 6TH?
14                MR. KROGER:  AUGUST 6TH, YOUR HONOR.
15                THE COURT:  AUGUST 6TH.  OKAY.  AUGUST 6TH AT 8:30
16   A.M. IN THIS COURTROOM.
17                MR. KROGER:  YES, YOUR HONOR.  I HAVE ONE OTHER
18   MATTER.  DR. TOLLETTE WAS ORDERED RELEASED ON A SIGNATURE
19   BOND LAST THURSDAY.  AND FOR SOME REASON HE'S STILL HERE IN
20   CUSTODY.  I'M NOT SURE IF PRETRIAL CAN LOOK INTO THIS TO FIND
21   OUT -- HE WAS TO BE RELEASED TO PRETRIAL SERVICES AND BE FIT
22   FOR AN ANKLE BRACELET ON A 300,000-DOLLAR SIGNATURE BOND.  IF
23   I COULD ASK PRETRIAL TO LOOK INTO THIS TO FIND OUT WHY HE'S
24   STILL IN CUSTODY, I WOULD APPRECIATE IT.
25                THE COURT:  ALL RIGHT.
```

```
 1              PRETRIAL SERVICES OFFICER:  YOUR HONOR, ADA O'NEIL
 2   AGAIN, YOUR HONOR.
 3              THERE MAY BE SEVERAL REASONS WHY HE HASN'T BEEN
 4   RELEASED.  MAYBE THE BOND HAS NOT BEEN MET.  BUT THAT'S
 5   SOMETHING THAT COMES FROM THE CLERK'S OFFICE.
 6              SO, UNTIL WE GET OFFICIAL NOTIFICATION THAT THE
 7   BOND HAS BEEN MET, THEN, WE TAKE --
 8              MR. KROGER:  THERE WAS A SIGNATURE BOND.
 9              THE PRETRIAL SERVICES OFFICER:  OH, A SIGNATURE
10   BOND.
11              MR. KROGER:  A SIGNATURE BOND.
12              THE PRETRIAL SERVICES OFFICER:  AND HE WAS TO BE
13   RELEASED TO PRETRIAL ONLY?
14              MR. KROGER:  HE WAS TO BE RELEASED TO PRETRIAL.
15              THE PRETRIAL SERVICES OFFICER:  SEE ME AFTER COURT
16   --
17              MR. KROGER:  MR. LYNCH HAD SOME OF THE SAME
18   CONDITIONS AND WAS RELEASED.
19              THANK YOU, YOUR HONOR.
20              THE COURT:  ALL RIGHT.  THANK YOU.
21              (PROCEEDINGS CONCLUDED 10:04 A.M.)
22
23
24
25
```

```
 1
 2                      C E R T I F I C A T E
 3
 4          I CERTIFY THAT THE FOREGOING IS A CORRECT
 5  TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE
 6  PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
 7
 8
 9
10  DOROTHY BABYKIN                              6/26/10
11  _____          _____
12  FEDERALLY CERTIFIED TRANSCRIBER              DATED
13  DOROTHY BABYKIN
14
15
16
17
18
19
20
21
22
23
24
25
```