

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

**TERRY NAFISI**
District Court Executive and
Clerk of Court

March 10, 2009

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501

Veking Byers Tollette
3500 West Manchester Blvd. #289
Inglewood, CA 90305

RE: <u>CR07-689-GW</u>
Armond Tennyson Tollette, Jr.

Dear Property Owner(s):

Enclosed is the Short Form Deed of Trust, **Instrument number:20072339680**, as posted as collateral on a bond for the above-named defendant.

The request for full reconveyance has been executed. Also enclosed, is a letter to the County Recorder regarding the reconveyance of the Deed.

Since the Clerk is only the beneficiary for the property, a full reconveyance deed must also be obtained from the trustee, **Pacific Corporate and Title Services.** When the reconveyance deed is obtained from the trustee, **Pacific Corporate and Title Services,** the deed and the County Recorder letter must be taken to the County Recorder's Office to complete and record the reconveyance of the property back into your name. <u>Please do this immediately</u>.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Steve Hill,
Fiscal Operations Officer







Case No. 2:07CR689(2) Def. Name Armond Tennyson Tollette, Jr
Person receiving document & letters of instructions:
(Print Name) Felicia Maria Tollette

(✓) Original Deed () Certified Deed () Release of Lien
() Substitution of Trustee/Full Reconveyance
() Satisfaction of Mortgage () Subordination Agreement
() Other

Felicia Tollette — DL [illegible]5086
Signature — Identification Type/No.

Released by: [signature] — 5/11/15
Deputy Clerk — Date

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

**TERRY NAFISI**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501

March 10, 2009

RE:  **CR07-689-GW**
     **Armond Tennyson Tollette, Jr.**

TO WHOM IT MAY CONCERN:

This letter is in reference to the full reconveyance issued for **Instrument number: 20072339680,** previously deeded over to the Clerk, U.S. District Court, Central District of California from, **Veking Byers Tollette, a widow,** called trustor(s).

There is no note involved in the reconveyance of the property back into the trustor's name. The deed was recorded in favor of the Court for the sole purpose of collateral on a bail bond posted for the defendant(s) referred to above.

Therefore, you are authorized to record the subject property back to the trustors named above.

Very truly yours,

CLERK, U.S. DISTRICT COURT

*Steve Hill*

Steve Hill,
Fiscal Operations Officer

SH:ab

**This page is part of your document - DO NOT DISCARD**

20072339680

Pages: 0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

10/12/07 AT 03:10PM

0001269573    200710120610086

| | |
|---|---|
| Fees: | $28.00 |
| Taxes: | $0.00 |
| Other: | $12.00 |
| Paid: | $40.00 |

Counter

**TITLE(S) :** _____


LEAD SHEET

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.   **Number of AIN's Shown**

- -

E521953    **THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY

Veking Byers Tollette

WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
312 No. SPRING STREET, Rm. G-8
LOS ANGELES, CALIFORNIA  90012

DOCKETED ON CM
MAR 1 8 2008
BY

FILED
2008 JAN 11 AM 8:52
CENTRAL DISTRICT COURT
OF CALIF.
LOS ANGELES
BY

10/12/07

20072339680

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this  10/12/07  between  **Veking Byers Tollette   a widow**
herein called TRUSTOR, whose address is
**3500 West Manchester Blvd #289    Inglewood CA 90305**   and  Pacific Corporate and Title Services Inc.
herein called TRUSTEE; and  **Clerk, U.S. District Court, Central District of California,**
herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST
WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS : State of California, County of    Los Angeles
See Atached Exhibit "A" for full legal description

Common Address:    **8419 Hannum Ave Culver City, CA 90230**                         APN# **4203-026-065**
TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon
Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the
Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf
of defendant(s)    **Armond Tennyson Tollette Jr.**          in Case No  **CR 07-689**
which includes an obligation by said Trustor(s) surety(ies) in the amount of                **$ 300,000.00**

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and
all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in
subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth
in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county
recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series | 5 Book | 1964, | Page | 149774 | |

CR-5 (04/04)                                 **SHORT FORM DEED OF TRUST**



shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

x _Veking Byers Tollette_
**Veking Byers Tollette**

x _____

State of California
County of **Los Angeles**

On __10/12/07__ before me **Chris Kiperman** _____, a notary public, personally appeared
**Veking Byers Tollette** _____
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

_____
Signature



CHRIS KIPERMAN
Commission # 1746843
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2011

---

REQUEST FOR FULL CONVEYANCE
To be used only when note has been paid.

To __Pacific Corporate and Title__, Trustee    Dated __March 30, 2009__

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL CONVEYANCE TO:

__Veking Byers Tollette__
__3500 WEst Manchester Blvd. #289__
__INglewood, CA 90305__

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CA

_Steve Hill_
Steve Hill, Fiscal Operations Officer

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5 (04/04)                    SHORT FORM DEED OF TRUST                    SEE ATTACHED
                                                                            ACKNOWLEDGMENT



## EXHIBIT "A" (LEGAL DESCRIPTION)

A condominium composed of:

PARCEL A:

An undivided 1/173 interest in and to Lot 1 of Tract No. 48266, in the City of Culver City, County of Los Angeles, State of California, as per map recorded in Book 1175 pages 51 and 52 of Maps, in the Office of the County Recorder of said County.

Except therefrom: Condominium Units 1 through 172 inclusive, as said Units are shown and defined on the Condominium Plan recorded on April 6, 1992 as Instrument No. 92-594940 of Official Records.

Also except from a portion of said land: All uranium, thorium and other fissionable materials, all oil, gas, petroleum, asphaltum and other hydrocarbon substances and other minerals and mineral ores of every kind of character, whether similar to those herein specified or not, within or underlying, or which may be produced from the hereinbefore described land, together with the right to use that portion only of said land which underlies a plane parallel to and five hundred (500) feet below the present surface of said land, for the purpose of prospecting for, developing and/or extracting said uranium, thorium and other fissionable materials, oil, gas, petroleum, asphaltum and other mineral or hydrocarbon substances from said land, it being expressly understood and agreed that said Southern States Realty, its successors and assigns, shall have no right to enter upon the surface of said land, or to use said land or any portion thereof to said depth of five hundred (500) feet, for any purpose whatsoever, by deed recorded may 23, 1990 as instrument No. 90-931706, Official Records.

PARCEL B:

Condominium Unit 28 as said Unit is shown and defined on the Condominium Plan recorded on April 6, 1992, as Instrument No. 92-594940, of Official Records.

APN: 4203-026-085

## END OF EXHIBIT "A" (LEGAL DESCRIPTION)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## ALL-PURPOSE ACKNOWLEDGMENT

This document has been signed in my presence by <u>Steve Hill, Fiscal Operations Officer</u> proved to me to be the person whose name is subscribed to the attached instrument and who executed the same in the capacity of Deputy Clerk, United States District Court, Central District of California. Further, this instrument bears the seal /stamp of the United States District Court, Central District of California and thus requires no other seal of attestation as to the authenticity of the within signatures or the entity upon behalf of which the person executed the instrument.

Executed before me at Los Angeles, California, on <u>March 10, 2009</u>
by <u>Analissa Blackwater, Deputy Clerk</u>, No. <u>1118</u>

*Analissa Blackwater*
Signature of Deputy Clerk

(1118)

Pursuant to Rule 902, Rules of Evidence for United States Courts, extrinsic evidence of authentication is not required with respect to a document bearing the seal of the United States or an agency or officer thereof and a signature of attestation or execution.

### Description of Attached Document

Title or Type of Document: <u>Short Form Deed of Trust and Assignment of Rents</u>

Document Date: <u>10/12/07</u>   Number of Pages <u>4</u>

Case No. <u>CR07-689-GW</u>

Recorder Instrument No. <u>20072339680</u>

Other: