FILED

SEP 07 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CHARLES C. LYNCH, <br><br> Defendant-Appellant. | No. 10-50219 <br><br> D.C. No. 2:07-cr-00689-GW-1 <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CHARLES C. LYNCH, <br><br> Defendant-Appellee. | No. 10-50264 <br><br> D.C. No. 2:07-cr-00689-GW-1 <br> Central District of California, <br> Los Angeles |

Before: ROGERS,[*] BYBEE, and WATFORD, Circuit Judges.

Jenny E. Carroll's motion for leave to file brief as *amicus curiae* in support of Defendant-Appellant/Cross Appellee, filed July 9, 2012, is GRANTED.

---

[*] The Honorable John M. Rogers, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

/Panel

Americans for Safe Access's motion for leave to file brief as *amicus curiae* in support of Defendant-Appellant/Cross Appellee, filed July 9, 2012, is GRANTED.