

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50219 |
| Plaintiff-Appellee, | D.C. No. 2:07-cr-00689-GW-1 |
| v. | |
| CHARLES C. LYNCH, | ORDER |
| Defendant-Appellant. | |
| UNITED STATES OF AMERICA, | No. 10-50264 |
| Plaintiff-Appellant, | D.C. No. 2:07-cr-00689-GW-1 |
| v. | |
| CHARLES C. LYNCH, | |
| Defendant-Appellee. | |

Before: John M. Rogers,* Jay S. Bybee, and Paul J. Watford, Circuit Judges.

Lynch's unopposed Motion for Extension of Time to File Petition for Rehearing dated September 20, 2018 is GRANTED.

---

\*   The Honorable John M. Rogers, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.