**FILED**

**OCT 23 2018**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CHARLES C. LYNCH, <br><br> Defendant-Appellant. | No. 10-50219 <br><br> D.C. No. 2:07-cr-00689-GW-1 <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CHARLES C. LYNCH, <br><br> Defendant-Appellee. | No. 10-50264 <br><br> D.C. No. 2:07-cr-00689-GW-1 <br> Central District of California, <br> Los Angeles |

Before: ROGERS,[*] BYBEE, and WATFORD, Circuit Judges.

Defendant's motion for a extension of time in which to file a petition for rehearing and rehearing en banc, filed October 22, 2018 is hereby GRANTED.

---

[*] The Honorable John M. Rogers, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

/Panel

The petition for rehearing shall be filed with the court on or before November 13, 2018.

Parties who are registered for ECF must file the petition electronically without submission of paper copies. Parties who are not registered ECF filers must file the original petition plus 50 paper copies.