UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> CHARLES C. LYNCH, <br><br> Defendant - Appellant. | No. 10-50219 <br><br> D.C. No. 2:07-cr-00689-GW-1 <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CHARLES C. LYNCH, <br><br> Defendant - Appellee. | No. 10-50264 <br><br> D.C. No. 2:07-cr-00689-GW-1 <br> U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered September 13, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7