UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 07-689-GW |
| Date | January 7, 2019 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter **NONE**

| Javier Gonzalez | Katie E. Thibodeaux | David P. Kowal |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Charles C. Lynch, by telephone | ✔ | | ✔ | Alexandra W. Yates, DFPD | ✔ | ✔ | |

**PROCEEDINGS:**   STATUS CONFERENCE

Court and counsel confer. For reasons stated on the record, the status conference is continued to January 24, 2019 at 8:00 a.m., with a joint scheduling report to be filed by noon on January 22, 2019.

: 10

Initials of Deputy Clerk   JG