NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorney
Organized Crime Drug Enforcement Task Force Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5136
     Facsimile: (213) 894-0141
     E-mail:    david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
|---|---|
| Plaintiff, | STIPULATION AND JOINT MOTION TO CONTINUE STATUS CONFERENCE |
| v. | |
| CHARLES LYNCH, | Proposed New Dates: |
| Defendant. | Joint Status Report: 03/05/2019<br>Status Conference:  03/07/2019 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Charles Lynch ("defendant"), by and through his counsel of record, Rebecca M. Abel and Angela Viramontes, Deputy Federal Public Defenders, hereby stipulate to the following in support of a joint motion to set new dates for a status conference and report to the Court.  If granted, the parties will file a joint status report by noon on March 5, 2019, and a status conference will be held on March 7, 2019 at 10:00 a.m.  This request which is based

1  on facts stipulated to below, the files a records in this case, and
2  the schedule of counsel and the Court:
3       1.   As directed by the Court at the Status Conference of
4  January 7, 2019, counsel have met and conferred regarding scheduling
5  the litigation of the issues on remand from the Ninth Circuit in the
6  above-captioned matter.  Defendant's new trial counsel have recently
7  appeared in the matter.  They need additional time to consult with
8  their client and to study the extensive existing record before
9  meeting and conferring with the government again regarding
10 scheduling.  The government joins in the request for additional time.
11 The parties therefore jointly request that the Court issue a new
12 schedule whereby: (a) the parties shall file a joint status report
13 regarding scheduling and related issues by noon on March 5, 2019 and
14 (b) a status conference shall held on March 7, 2019 at 10:00 a.m.
15      2.   The requested schedule represents a reasonable estimate of
16 the time necessary to complete the parties' work in light of the
17 factors above and the schedule of counsel.  The parties have also
18 consulted with the Court's clerk in advance regarding the date of the
19 status conference.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

3  Government counsel will lodge a proposed order reflecting this schedule concurrently with this application.

Dated: January 22, 2018

Respectfully submitted,

NICOLA T. HANNA
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

           /s/
DAVID KOWAL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 22, 2018

           /s/
REBECCA M. ABEL
ANGELA VIRAMONTES
Attorneys for Defendant
CHARLES LYNCH (signed with authority by email to AUSA Kowal on 1/22/2019)