NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorney
Organized Crime Drug Enforcement Task Force Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5136
    Facsimile: (213) 894-0141
    E-mail:   david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW-2 |
|---|---|
| Plaintiff, | <u>ORDER</u> |
| v. | |
| CHARLES LYNCH, | |
| Defendant. | |

    Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED THAT:  A status conference shall be set for 03/07/2019 at 10:00 a.m.  Counsel shall file a status report by 03/5/2019 at noon.

IT IS SO ORDERED.

 Dated: January 28, 2019

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE