# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CR 07-689-GW | Date March 21, 2019 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter **NONE**

| Javier Gonzalez | Katie E. Thibodeaux | David P. Kowal |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Charles C. Lynch (waiver on file) | not | | ✔ | Alexandra W. Yates, DFPD<br>Rebecca M. Abel, DFPD | ✔ | ✔ | |

**PROCEEDINGS:**   **STATUS CONFERENCE**

Court and counsel confer. Opening simultaneous briefs limited to 20 pages are to be filed by April 11, 2019. Simultaneous responsive briefs limited to seven pages will be filed by May 2, 2019. A hearing is set for May 20, 2019 at 9:00 a.m.

:   03

Initials of Deputy Clerk   JG