NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorney
Organized Crime Drug Enforcement Task Force Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5136
     Facsimile: (213) 894-0141
     E-mail:    david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
|---|---|
| Plaintiff, | UNOPPOSED EX PARTE MOTION TO CONTINUE HEARING |
| v. | |
| CHARLES LYNCH, | Current Hearing Date/Time: 07/08/2019, 9:30 a.m. |
| Defendant. | Proposed Hearing Date/Time: 07/15/2019, 9:30 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby moves ex parte to continue by one week the pending hearing in on legal issues in this matter.  Defendant does not oppose this request.

    If granted, the hearing will be continued until July 15, 2019 at 9:30 a.m., or a date and time thereafter convenient to the Court.  In support of this motion, the undersigned counsel provides the following facts, in addition to the files and records in this case:

1

1. On May 30, 2019, the parties completed their briefing on the preliminary legal issues on remand. (See Dkt. 490-93.)

2. One June 10, 2019, on its own motion, the Court continued the hearing on the preliminary legal issues from June 17, 2019 to July 8, 2019 at 9:30 a.m. (Dkt. 494.)

3. Government counsel had been hoping to be on annual leave on July 8, 2019. The government therefore requests that the Court continue the pending hearing date for one week, until July 15, 2019 at 9:30 a.m.

4. Government counsel has conferred with defense counsel on the proposed continuance. On June 17, 2019, defense counsel, Rebecca Abel, Esq., informed the government by email that the defense had no objection to a continuance until July 15, 2019.

5. The government will lodge a proposed order reflecting the new schedule concurrently with this application.

Dated: June ____, 2019          Respectfully submitted,

                                NICOLA T. HANNA
                                United States Attorney

                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division


                                          /s/
                                _____
                                DAVID KOWAL
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

2