HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ANGELA C. C. VIRAMONTES (Bar No. 228228)
(Angela_Viramontes@fd.org)
REBECCA M. ABEL (Bar. No. 298604)
(Rebecca_Abel@fd.org)
Deputy Federal Public Defenders
3801 University Avenue, Suite 700
Riverside, California  92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

ALEXANDRA W. YATES (Bar No. 250442)
(Alexandra_Yates@fd.org)
Deputy Federal Public Defender
321 East Second Street
Los Angeles, California 90012
Telephone: (213) 894-5059
Facsimile: (213) 894-0081

Attorneys for Defendant
CHARLES LYNCH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES LYNCH,<br><br>Defendant. | Case No. CR 07-689-GW<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hearing: July 15, 2019 at 9:30 a.m. |

Defendant Charles Lynch submits the following notice of supplemental authority regarding two of the preliminary legal issues currently being considered by the Court. (*See* Dkt. No. 483 at 2.)

On July 9, 2019, the Ninth Circuit issued its decision in *United States v. Evans*, No. 17-30185, 2019 WL 2943492 (9th Cir. 2019), which addresses the burden and standard of proof in a *McIntosh* proceeding. The opinion is attached here as Exhibit A. The *Evans* Court held that where a defendant seeks to enjoin the Department of Justice's use of funds to prosecute those who comply with state medical-marijuana laws, the defendant bears the burden of proof by a preponderance of the evidence. (Ex. A at 9.) The defense acknowledges that this decision resolves these preliminary legal issues in the government's favor, but preserves its prior positions regarding the burden and standard of proof for later review should *Evans* be reviewed by the Ninth Circuit en banc or by the United States Supreme Court. The *Evans* Court did not expressly resolve the third issue being considered by this Court, namely, which state laws apply in determining Mr. Lynch's compliance with state medical marijuana law.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: July 9, 2019        By   */s/ Rebecca M. Abel*

REBECCA M. ABEL
ALEXANDRA W. YATES
ANGELA C. C. VIRAMONTES
Deputy Federal Public Defender
Attorneys for CHARLES LYNCH

1