HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
Angela Viramontes (Bar No. 228228)
(E-Mail: Angela_Viramontes@fd.org)
Rebecca M. Abel (Bar No. 298604)
(E-Mail: Rebecca_Abel@fd.org)
Deputy Federal Public Defenders
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Alexandra Yates (Bar No. 250442)
(E-Mail: Alexandra_Yates@fd.org)
Deputy Federal Public Defender
321 East Second Street
Los Angeles, California 90012
Telephone: (213) 894-5059
Facsimile: (213) 894-0081

Attorneys for Defendant
CHARLES LYNCH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES LYNCH,<br><br>    Defendant. | Case No. CR 07-689-GW<br><br>**SCHEDULING ORDER** |

Based on the stipulation of the parties, the Court ORDERS the following schedule:

| | |
|---|---|
| Deadline for Expert Discovery: | December 13, 2019 |
| Defendant's Motion to Enjoin Spending: | January 27, 2020 |
| Government's Opposition to Motion to Enjoin Spending: | February 24, 2020 |
| Defendant's Reply to Motion to Enjoin Spending: | March 23, 2020 |
| Final Discovery Cut Off | April 6, 2020 |
| Status Conference | April 20, 2020 at 9:30 a.m. |
| Evidentiary Hearing | April 27, 2020 at 9:30 a.m. |

IT IS SO ORDERED.

DATED: August 19, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE