```
 1                UNITED STATES DISTRICT COURT

 2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3                   HONORABLE GEORGE WU

 4           UNITED STATES DISTRICT JUDGE PRESIDING

 5                          - - -

 6
     United States of America,       )
 7                      PLAINTIFF,   )
                                     )
 8   VS.                             )  NO. CR 07-00689 GW
                                     )
 9   Charles Lynch,                  )
                           DEFENDANT,)
10   _____)

11

12

13         REPORTER'S TRANSCRIPT OF PROCEEDINGS

14               LOS ANGELES, CALIFORNIA

15                MONDAY, JULY 15, 2019

16

17

18   _____

19         KATIE E. THIBODEAUX, CSR 9858
           U.S. Official Court Reporter
20                   Suite 4311
                 350 West 1st Street
21             Los Angeles, CA  90012

22

23

24

25
```

```
APPEARANCES OF COUNSEL:


ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

                    U.S. DEPARTMENT OF JUSTICE
                    U.S. ATTORNEY'S OFFICE
                    BY: CHARLES KOWAL, AUSA
                    312 North Spring Street
                    Twelfth Floor
                    Los Angeles, CA  90012



ON BEHALF OF THE DEFENDANT:

                    FEDERAL PUBLIC DEFENDER'S OFFICE
                    BY: REBECCA ABEL, DFPD
                    -and- ALEXANDRA YATES, DFPD
                    321 East 2nd Street
                    Los Angeles, CA  90012-4202
```

```
 1           LOS ANGELES, CALIFORNIA; MONDAY, JULY 15, 2019
 2                            10:27 A.M.
 3                            - - - - -
 4
 5
 6         THE COURT:  Let me call United States versus
 7   Lynch.
 8              All right.  Let me have appearances
 9         MR. KOWAL:  It is David Kowal for the United
10   States.
11         THE COURT:  All right.  You know you haven't
12   changed.
13         MR. KOWAL:  I disagree.
14         THE COURT:  In what way have you changed?  You
15   don't look any different.  I wasn't talking about your
16   personality.  I was just talking about visual.  You look
17   exactly the same.
18         MR. KOWAL:  No.
19         MS. ABEL:  Good morning, your Honor.  Rebecca
20   Abel, appearing on behalf of Charles Lynch who is not
21   present.  There is a waiver of presence on file.
22         MS. YATES:  And Alexandra Yates on behalf of
23   Mr. Lynch as well.
24         THE COURT:  We are here on three preliminary
25   issues.  I have issued a tentative on this.  I presume
```

```
 1   both sides have seen it?
 2          MS. ABEL:  Yes, your Honor.
 3          MR. KOWAL:  Yes, your Honor.
 4          THE COURT:  Any comments, questions?
 5          MS. ABEL:  I think, your Honor, the defense wants
 6   to understand the relevance of the guidelines to a ruling
 7   on strict compliance.
 8          Given that we have the burden, we want to
 9   understand exactly how, for example, a minor deviation
10   from the guidelines might affect the ultimate
11   determination of strict compliance particularly where the
12   later deprived guidelines aren't apparent from the face
13   of the statute.
14          THE COURT:  As I have indicated, I am not holding
15   that compliance with the guidelines is mandatory, and I
16   just indicated that they are instructive.
17          And, you know, because, obviously, if there
18   were changes in the guidelines that were in effect after,
19   I mean, the guidelines made changes after the situation
20   had already transpired vis-a-vis the prosecution of the
21   defendant, then there is a question as to how would the
22   defendant have known or expected that.  Although, if it
23   is a situation where the guidelines simply, you know,
24   incorporated an understanding or practice that had been
25   in existence prior to that, then I could understand that
```

```
 1   as being something else.
 2              So I think the general rule in these types of
 3   situations is that you try to consider everything that is
 4   relevant and then you make a ruling on that basis.
 5              So that would be my response to your question.
 6         MS. ABEL:  Thank you, your Honor.  No.  That is
 7   very helpful.
 8         THE COURT:  Any other questions about the
 9   tentative?  No?
10         MS. ABEL:  I think that primarily answers our key
11   question and perhaps that as these questions individually
12   arise in the context of the evidence presented here,
13   further elaboration on where they did constitute a change
14   would clarify both for the defense and for the court the
15   applicability of any given incidents.
16         THE COURT:  Okay.  Anything from the government?
17         MR. KOWAL:  Unless the court has questions.
18         THE COURT:  No, no questions because I think that
19   the first two questions have been resolved to a large
20   extent by the Ninth Circuit decision.  So there is
21   nothing for me to do on that.  So it is just a question
22   on the third issue, and I indicated my thoughts on the
23   third issue.
24              Okay.  All right.  Well, that was fast.
25         MS. ABEL:  Thank you, your Honor.  As to the
```

```
 1   procedure going forward, did the court have a preference?
 2           THE COURT:  I want you to tell me.  I have
 3   indicated that your schedule is primary concern, whatever
 4   you guys want to do is fine with me.
 5           MR. KOWAL:  I would like to meet and confer with
 6   defense counsel and possibly come up with a schedule.
 7           THE COURT:  Why don't do I this:  Why don't I
 8   simply put it down for a status conference two weeks from
 9   today's date but with the understanding that if you guys
10   agree and if I agree, you will just give me a stip and
11   you don't need to show up.  But if there is an issue I
12   have in regards to the scheduling that you guys propose,
13   then you guys can appear in two weeks.
14           Is that all right?
15           MS. ABEL:  Yes, your Honor.
16           MR. KOWAL:  Yes, your Honor.
17           THE COURT:  So two weeks from today's date would
18   be the 29th.  Why don't we put it on the 29th, and what I
19   want is a report by noon on the 25th as to what you guys
20   are proposing to do and if you have a stip at that point
21   in time you can give me the stip by noon on the 25th.
22   And, hopefully, if I have no problems, I will sign off on
23   it and let my clerk know on Friday that you don't have to
24   show up on that Monday, and whatever schedule you want is
25   the schedule that will be.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1         MR. KOWAL:  I'm sorry, your Honor.  I missed the
 2   time.
 3         THE COURT:  That would be on the 29th at
 4   8:00 o'clock.
 5         THE COURT:  All right.
 6         MR. KOWAL:  Very well.
 7         THE COURT:  Anything else?
 8         MS. ABEL:  Thank you.  Have a nice day.
 9         (Proceedings concluded.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  August 28, 2019

 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

MR. KOWAL: [9]
MS. ABEL: [8]
MS. YATES: [1]   3/21
THE COURT: [15]

**–**

**-and [1]**   2/11

**/**

**/s [1]**   8/12

**0**

**00689 [1]**   1/8
**07-00689 [1]**   1/8

**1**

**10:27 [1]**   3/2
**15 [2]**   1/15 3/1
**1st [1]**   1/20

**2**

**2019 [3]**   1/15 3/1 8/10
**25th [2]**   6/19 6/21
**28 [2]**   8/4 8/10
**29th [3]**   6/18 6/18 7/3
**2nd [1]**   2/11

**3**

**312 [1]**   2/5
**321 [1]**   2/11
**350 [1]**   1/20

**4**

**4202 [1]**   2/12
**4311 [1]**   1/20

**7**

**753 [1]**   8/4

**8**

**8:00 o'clock [1]**   7/4

**9**

**90012 [2]**   1/21 2/6
**90012-4202 [1]**   2/12
**9858 [2]**   1/19 8/12

**A**

**A.M [1]**   3/2
**ABEL [2]**   2/10 3/20
**about [3]**   3/15 3/16 5/8
**above [1]**   8/7
**above-entitled [1]**   8/7
**affect [1]**   4/10
**after [2]**   4/18 4/19
**agree [2]**   6/10 6/10
**ALEXANDRA [2]**   2/11 3/22
**all [5]**
**already [1]**   4/20
**Although [1]**   4/22
**am [1]**   4/14
**America [2]**   1/6 2/3
**ANGELES [5]**
**answers [1]**   5/10
**any [4]**   3/15 4/4 5/8 5/15
**Anything [2]**   5/16 7/7
**apparent [1]**   4/12
**appear [1]**   6/13
**appearances [2]**   2/1 3/8
**appearing [1]**   3/20
**applicability [1]**   5/15
**are [3]**   3/24 4/16 6/20
**aren't [1]**   4/12
**arise [1]**   5/12
**as [7]**
**ATTORNEY'S [1]**   2/4
**August [1]**   8/10

**AUSA [1]**   2/5

**B**

**basis [1]**   5/4
**be [4]**   5/5 6/18 6/25 7/3
**because [2]**   4/17 5/18
**been [2]**   4/24 5/19
**behalf [4]**   2/3 2/9 3/20 3/22
**being [1]**   5/1
**both [2]**   4/1 5/14
**burden [1]**   4/8

**C**

**CA [3]**   1/21 2/6 2/12
**CALIFORNIA [3]**   1/2 1/14 3/1
**call [1]**   3/6
**can [2]**   6/13 6/21
**CENTRAL [1]**   1/2
**CERTIFICATE [1]**   8/1
**certify [1]**   8/4
**change [1]**   5/13
**changed [2]**   3/12 3/14
**changes [2]**   4/18 4/19
**Charles [3]**   1/9 2/5 3/20
**Circuit [1]**   5/20
**clarify [1]**   5/14
**clerk [1]**   6/23
**Code [1]**   8/5
**come [1]**   6/6
**comments [1]**   4/4
**compliance [3]**   4/7 4/11 4/15
**concern [1]**   6/3
**concluded [1]**   7/9
**confer [1]**   6/5
**conference [2]**   6/8 8/9
**conformance [1]**   8/8
**consider [1]**   5/3
**constitute [1]**   5/13
**context [1]**   5/12
**correct [1]**   8/5
**could [1]**   4/25
**counsel [2]**   2/1 6/6
**court [5]**
**CR [1]**   1/8
**CRR [1]**   8/12
**CSR [2]**   1/19 8/12

**D**

**date [3]**   6/9 6/17 8/10
**David [1]**   3/9
**day [1]**   7/8
**decision [1]**   5/20
**defendant [4]**   1/9 2/9 4/21 4/22
**DEFENDER'S [1]**   2/10
**defense [3]**   4/5 5/14 6/6
**DEPARTMENT [1]**   2/4
**deprived [1]**   4/12
**determination [1]**   4/11
**deviation [1]**   4/9
**DFPD [2]**   2/10 2/11
**did [2]**   5/13 6/1
**different [1]**   3/15
**disagree [1]**   3/13
**DISTRICT [3]**   1/1 1/2 1/4
**DIVISION [1]**   1/2
**do [4]**   5/21 6/4 6/7 6/20
**don't [6]**
**down [1]**   6/8

**E**

**East [1]**   2/11
**effect [1]**   4/18
**elaboration [1]**   5/13
**else [2]**   5/1 7/7
**entitled [1]**   8/7
**everything [1]**   5/3
**evidence [1]**   5/12

**exactly [2]**   3/17 4/9
**example [1]**   4/9
**existence [1]**   4/25
**expected [1]**   4/22
**extent [1]**   5/20

**F**

**face [1]**   4/12
**fast [1]**   5/24
**FEDERAL [1]**   2/10
**file [1]**   3/21
**fine [1]**   6/4
**first [1]**   5/19
**Floor [1]**   2/6
**foregoing [1]**   8/5
**format [1]**   8/8
**forward [1]**   6/1
**Friday [1]**   6/23
**further [1]**   5/13

**G**

**general [1]**   5/2
**GEORGE [1]**   1/3
**give [2]**   6/10 6/21
**given [2]**   4/8 5/15
**going [1]**   6/1
**Good [1]**   3/19
**government [1]**   5/16
**guidelines [7]**
**guys [5]**
**GW [1]**   1/8

**H**

**had [2]**   4/20 4/24
**has [1]**   5/17
**have [15]**
**haven't [1]**   3/11
**held [1]**   8/6
**helpful [1]**   5/7
**here [2]**   3/24 5/12
**hereby [1]**   8/4
**holding [1]**   4/14
**Honor [9]**
**HONORABLE [1]**   1/3
**hopefully [1]**   6/22
**how [2]**   4/9 4/21

**I**

**I'm [1]**   7/1
**incidents [1]**   5/15
**incorporated [1]**   4/24
**indicated [4]**   4/14 4/16 5/22 6/3
**individually [1]**   5/11
**instructive [1]**   4/16
**is [19]**
**issue [3]**   5/22 5/23 6/11
**issued [1]**   3/25
**issues [1]**   3/25
**it [7]**

**J**

**JUDGE [1]**   1/4
**Judicial [1]**   8/9
**JULY [2]**   1/15 3/1
**just [4]**   3/16 4/16 5/21 6/10
**JUSTICE [1]**   2/4

**K**

**KATIE [2]**   1/19 8/12
**key [1]**   5/10
**know [4]**   3/11 4/17 4/23 6/23
**known [1]**   4/22
**KOWAL [2]**   2/5 3/9

**L**

**large [1]**   5/19
**later [1]**   4/12

**L**

let [3]       3/6 3/8 6/23
like [1]      6/5
look [2]      3/15 3/16
LOS [5]
Lynch [4]     1/9 3/7 3/20 3/23

**M**

made [1]      4/19
make [1]      5/4
mandatory [1] 4/15
matter [1]    8/7
me [7]
mean [1]      4/19
meet [1]      6/5
might [1]     4/10
minor [1]     4/9
missed [1]    7/1
MONDAY [3]    1/15 3/1 6/24
morning [1]   3/19
Mr. [1]       3/23
Mr. Lynch [1] 3/23
my [3]        5/5 5/22 6/23

**N**

need [1]      6/11
nice [1]      7/8
Ninth [1]     5/20
no [8]
noon [2]      6/19 6/21
North [1]     2/5
not [2]       3/20 4/14
nothing [1]   5/21

**O**

o'clock [1]   7/4
obviously [1] 4/17
off [1]       6/22
OFFICE [2]    2/4 2/10
Official [1]  1/19
Okay [2]      5/16 5/24
other [1]     5/8
our [1]       5/10

**P**

page [1]          8/7
particularly [1]  4/11
perhaps [1]       5/11
personality [1]   3/16
PLAINTIFF [2]     1/7 2/3
point [1]         6/20
possibly [1]      6/6
practice [1]      4/24
preference [1]    6/1
preliminary [1]   3/24
presence [1]      3/21
present [1]       3/21
presented [1]     5/12
PRESIDING [1]     1/4
presume [1]       3/25
primarily [1]     5/10
primary [1]       6/3
prior [1]         4/25
problems [1]      6/22
procedure [1]     6/1
proceedings [3]   1/13 7/9 8/6
propose [1]       6/12
proposing [1]     6/20
prosecution [1]   4/20
PUBLIC [1]        2/10
pursuant [1]      8/4
put [2]           6/8 6/18

**Q**

question [4]      4/21 5/5 5/11
 5/21
questions [6]

**R**

REBECCA [2]       2/10 3/19
regards [1]       6/12
regulations [1]   8/8
relevance [1]     4/6
relevant [1]      5/4
report [1]        6/19
reported [1]      8/6
Reporter [1]      1/19
REPORTER'S [1]    1/13
resolved [1]      5/19
response [1]      5/5
right [5]
RPR [1]           8/12
rule [1]          5/2
ruling [2]        4/6 5/4

**S**

same [1]          3/17
schedule [4]      6/3 6/6 6/24
 6/25
scheduling [1]    6/12
Section [1]       8/4
seen [1]          4/1
show [2]          6/11 6/24
sides [1]         4/1
sign [1]          6/22
simply [2]        4/23 6/8
situation [2]     4/19 4/23
situations [1]    5/3
So [5]
something [1]     5/1
sorry [1]         7/1
Spring [1]        2/5
STATES [8]
status [1]        6/8
statute [1]       4/13
stenographically [1] 8/6
stip [3]          6/10 6/20 6/21
Street [3]        1/20 2/5 2/11
strict [2]        4/7 4/11
Suite [1]         1/20

**T**

talking [2]       3/15 3/16
tell [1]          6/2
tentative [2]     3/25 5/9
Thank [3]         5/6 5/25 7/8
that [29]
then [4]          4/21 4/25 5/4 6/13
there [5]
these [2]         5/2 5/11
they [2]          4/16 5/13
THIBODEAUX [2]    1/19 8/12
think [4]         4/5 5/2 5/10 5/18
third [2]         5/22 5/23
this [2]          3/25 6/7
thoughts [1]      5/22
three [1]         3/24
time [2]          6/21 7/2
Title [1]         8/4
today's [2]       6/9 6/17
transcript [3]    1/13 8/6 8/7
transpired [1]    4/20
true [1]          8/5
try [1]           5/3
Twelfth [1]       2/6
two [4]           5/19 6/8 6/13 6/17
types [1]         5/2

**U**

U.S [3]           1/19 2/4 2/4
ultimate [1]      4/10
understand [3]    4/6 4/9 4/25
understanding [2] 4/24 6/9
UNITED [8]
Unless [1]        5/17
up [3]            6/6 6/11 6/24

**V**

versus [1]        3/6
very [2]          5/7 7/6
vis [2]           4/20 4/20
vis-a-vis [1]     4/20
visual [1]        3/16

**W**

waiver [1]        3/21
want [5]
wants [1]         4/5
was [2]           3/16 5/24
wasn't [1]        3/15
way [1]           3/14
we [4]            3/24 4/8 4/8 6/18
weeks [3]         6/8 6/13 6/17
well [3]          3/23 5/24 7/6
were [2]          4/18 4/18
West [1]          1/20
WESTERN [1]       1/2
what [3]          3/14 6/18 6/19
whatever [2]      6/3 6/24
where [3]         4/11 4/23 5/13
who [1]           3/20
Why [3]           6/7 6/7 6/18
will [3]          6/10 6/22 6/25
would [6]
WU [1]            1/3

**Y**

YATES [2]         2/11 3/22
Yes [4]           4/2 4/3 6/15 6/16
you [24]
your [12]