CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
DAVID WASSERMAN (Bar No. 275987)
(E-Mail: David_Wasserman@fd.org)
Deputy Federal Public Defender
REBECCA M. ABEL (Bar No. 298604)
(E-Mail: Rebecca_Abel@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
CHARLES LYNCH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES LYNCH,<br><br>　　　　　Defendant. | Case No. CR 07-689-GW<br><br>**DEFENDANT'S *EX PARTE* APPLICATION TO ACCEPT LATE-FILED MOTION; PROPOSED ORDER** |

　　　　Defendant, Charles Lynch, through his counsel of record, Rebecca M. Abel and David Wasserman, Deputy Federal Public Defenders, moves *ex parte* to accept Defendant's motion to enjoin government spending (Dkt. No. 544), which was filed three business days after the deadline set by the Court.

　　　　1.　　On June 21, 2022, the Court entered a scheduling order setting forth dates for motion practice pertaining to the matters on remand. (Dkt. No. 542.) The Court ordered defendant to file his motion to enjoin spending by Thursday, July 14, 2022.

　　　　2.　　Defendant filed his motion to enjoin government spending on Tuesday, July 19, 2022. (Dkt. No. 544.) The motion contains four declarations, including three expert declarations, over 40 exhibits, and is a total of 600 pages. (*See id.*) Due to the

voluminousness of the filing, the defense was unable to timely file its motion and supporting documents.

3. By this application, the defense requests that the Court accept the defense's late-filed motion.

4. The government's opposition to the motion is currently due on Thursday, August 18, 2022. (Dkt. No. 542.)

5. Due to the defense's late filing, the defense has no objection to the government filing its opposition on Tuesday, August 23, 2022, with no alteration to the defense's reply deadline, or to any future continuances the government may request.

6. The undersigned defense counsel contacted assigned counsel for the United States, Assistant United States Attorney David Kowal, on June 19, 2022, regarding this application, but has not yet received a response.

For these reasons, the defense respectfully request the Court accept the defense's motion to enjoin spending, previously filed on July 19, 2022 at Docket No. 544.

                                                  Respectfully submitted,

                                                  CUAUHTEMOC ORTEGA
                                                  Federal Public Defender

DATED: July 20, 2022                By  */s/ Rebecca M. Abel*
                                                  REBECCA M. ABEL
                                                  DAVID WASSERMAN
                                                  Deputy Federal Public Defenders
                                                  Attorneys for Defendant CHARLES LYNCH