CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
DAVID WASSERMAN (Bar No. 275987)
(E-Mail: David_Wasserman@fd.org)
Deputy Federal Public Defender
REBECCA M. ABEL (Bar No. 298604)
(E-Mail: Rebecca_Abel@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
CHARLES LYNCH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-689-GW |
| Plaintiff, | |
| v. | **ORDER** |
| CHARLES LYNCH, | |
| Defendant. | |

Based on the *ex parte* application by the defense, the Court accepts Defendant's late-filed motion to enjoin government spending, filed on July 19, 2022 at Docket Number 544.

IT IS SO ORDERED.

DATED: July 21, 2022

_____
HONORABLE GEORGE H. WU
United States District Judge