STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5136
     Facsimile: (213) 894-0141
     E-mail:    david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION TO CONTINUE DATES |
| v. | |
| CHARLES LYNCH, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, here by moves to continue the dates for future events on remand in the above-captioned case, by approximately 157 days, as follows:

- Government's Opposition to Motion to Enjoin Spending: **January 23, 2023;**

- Defendant's Reply to Motion to Enjoin Spending: **February 20, 2023;**

- Final Discovery Cut Off: **March 6, 2023;**

1

- Status Conference: **March 20, 2023, at 9:30 a.m.;**
- Evidentiary Hearing: **March 27, 2023, at 9:30 a.m.**

The government bases its request on the following reason:

1. Defendant filed its late-filed motion to enjoin spending with supporting documents on Tuesday, July 19, 2022. (Dkt. 544). On Wednesday, July 20, 2022, defendant filed a motion to accept the late filing, which was granted by the Court on Friday, July 22, 2022. (Dkts. 546-47).

2. Defendant's pleadings include an over-sized 30-page motion, and four declarations with attached exhibits totaling an additional approximately 563 pages of materials. (Dkts. 544 to 544-4). Thus, the size of defendant's filing warrants addition time for the government to review, analyze, and respond to it.

3. The government's request is also proper and fair in light of the time that defendant was given to prepare his motion. Defendant filed his recent motion almost exactly three years after the Court had ruled on the preliminary legal issue on remand, in July 2019. (Dkt. 498). Defendant also had over two years to prepare his motion since the parties exchanged expert disclosures in early May 2020, during which time the Court granted the defense approximately seven further different ex parte requests for further time. (Dkts. 525-531, 534, 536, 539).

4. The government also needs more time because during the two years between expert disclosures and the defense's recent filing, and during the time of defendant's most recent extension, the government's designated expert retired from federal service and moved out of the district. The government thus needs additional time to locate a replacement expert(s) and allow the expert(s) time to become

familiar with the voluminous files in this matter, as well as the defense's recent filings.

5. Defendant is not in custody, but on bond with minimal to no conditions. (See, e.g., Dkt. 543).

6. The government has provided notice of this motion and proposed dates to defense counsel, Ms. Able. On August 18, 2022, Ms. Able informed the government by email that the defense had no objection to the requested continuance or proposed dates.

7. Based on the forgoing, the government requests that the Court extend the deadlines for remand litigation, as set forth above, and in the proposed order lodged concurrently herewith.

Dated  August 18, 2022            Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
DAVID KOWAL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA