STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorney
        1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-5136
        Facsimile: (213) 894-0141
        E-mail:    david.kowal@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
| Plaintiff, | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION TO CONTINUE DATES |
| v. | |
| CHARLES LYNCH, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California, here by moves to continue the dates for future events on
remand in the above-captioned case, by approximately 157 days, as
follows:

*    Government's Opposition to Motion to Enjoin Spending:
     **January 23, 2023;**

*    Defendant's Reply to Motion to Enjoin Spending: **February
     20, 2023;**

*    Final Discovery Cut Off:  **March 6, 2023;**

1

- Status Conference: **March 20, 2023, at 9:30 a.m.;**

- Evidentiary Hearing: **March 27, 2023, at 9:30 a.m.**

The government bases its request on the following reason:

1.    Defendant filed its late-filed motion to enjoin spending with supporting documents on Tuesday, July 19, 2022. (Dkt. 544). On Wednesday, July 20, 2022, defendant filed a motion to accept the late filing, which was granted by the Court on Friday, July 22, 2022. (Dkts. 546-47).

2.    Defendant's pleadings include an over-sized 30-page motion, and four declarations with attached exhibits totaling an additional approximately 563 pages of materials. (Dkts. 544 to 544-4). Thus, the size of defendant's filing warrants addition time for the government to review, analyze, and respond to it.

3.    The government's request is also proper and fair in light of the time that defendant was given to prepare his motion. Defendant filed his recent motion almost exactly three years after the Court had ruled on the preliminary legal issue on remand, in July 2019. (Dkt. 498). Defendant also had over two years to prepare his motion since the parties exchanged expert disclosures in early May 2020, during which time the Court granted the defense approximately seven further different ex parte requests for further time. (Dkts. 525-531, 534, 536, 539).

4.    The government also needs more time because during the two years between expert disclosures and the defense's recent filing, and during the time of defendant's most recent extension, the government's designated expert retired from federal service and moved out of the district. The government thus needs additional time to locate a replacement expert(s) and allow the expert(s) time to become

1    familiar with the voluminous files in this matter, as well as the

2    defense's recent filings.

3        5.    Defendant is not in custody, but on bond with minimal to no

4    conditions.  (See, e.g., Dkt. 543).

5        6.    The government has provided notice of this motion and

6    proposed dates to defense counsel, Ms. Able.  On August 18, 2022, Ms.

7    Able informed the government by email that the defense had no

8    objection to the requested continuance or proposed dates.

9        7.    Based on the forgoing, the government requests that the

10   Court extend the deadlines for remand litigation, as set forth above,

11   and in the proposed order lodged concurrently herewith.

12    Dated   August 18, 2022          Respectfully submitted,

13                                     STEPHANIE S. CHRISTENSEN
                                       Acting United States Attorney
14
                                       SCOTT M. GARRINGER
15                                     Assistant United States Attorney
                                       Chief, Criminal Division
16

17                                              /s/
                                       _____
                                       DAVID KOWAL
18                                     Assistant United States Attorneys

19                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

20

21

22

23

24

25

26

27

28

                                     3