STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5136
    Facsimile: (213) 894-0141
    E-mail:   david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION TO CONTINUE DATES |
| v. | |
| CHARLES LYNCH, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, here by moves to continue the dates for future events on remand in the above-captioned case, by approximately 120 days, as follows:

- Government's Opposition to Motion to Enjoin Spending: **May 24, 2023;**
- Defendant's Reply to Motion to Enjoin Spending: **June 26, 2023;**
- Final Discovery Cut Off: **July 22 2023;**

1

- Status Conference: **July 31, 2023, at 9:30 a.m.**;
- Evidentiary Hearing: **August 7, 2023, at 9:30 a.m.**

The government bases its request on the following reason:

1. Defendant filed its late-filed motion to enjoin spending with supporting documents on Tuesday, July 19, 2022. (Dkt. 544). On Wednesday, July 20, 2022, defendant filed a motion to accept the late filing, which was granted by the Court on Friday, July 22, 2022. (Dkts. 546-47).

2. Defendant's pleadings include an over-sized 30-page motion, and four declarations with attached exhibits totaling an additional approximately 563 pages of materials. (Dkts. 544 to 544-4). Thus, the size of defendant's filing warrants addition time for the government to review, analyze, and respond to it.

3. The government's request is also proper and fair in light of the time that defendant was given to prepare his motion. Defendant filed his recent motion almost exactly three years after the Court had ruled on the preliminary legal issue on remand, in July 2019. (Dkt. 498). Defendant also had over two years to prepare his motion since the parties exchanged expert disclosures in early May 2020, during which time the Court granted the defense approximately seven further different ex parte requests for further time. (Dkts. 525-531, 534, 536, 539).

4. The government also needs more time because during the two years between expert disclosures and the defense's recent filing, and during the time of defendant's most recent extension, the government's designated expert retired from federal service and moved out of the district. The government has identified a replacement expert, but that new expert needs time to review the materials in

this case, which include much of the financial records of defendant's business, which are voluminous. The government will also need time, amending its expert disclosures (in light of new rule on that subject that have come in to place) along with its overall response to defendant's motion.

5. Defendant is not in custody, but on bond with minimal to no conditions. (See, e.g., Dkt. 543).

6. On January 23, 2023, government counsel exchanged emails with defense counsel Rebecca Abel who said that the defense does not object to the government's request herein.

7. Based on the forgoing, the government requests that the Court extend the deadlines for remand litigation, as set forth above, and in the proposed order lodged concurrently herewith.

Dated January 23, 2023    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


                          /s/
DAVID KOWAL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA