STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5136
     Facsimile: (213) 894-0141
     E-mail:    david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CHARLES LYNCH, | |
| Defendant. | |

1

FOR GOOD CAUSE SHOWN, the Court CONTINUES the dates in the above case, as follows:

- Government's Opposition to Motion to Enjoin Spending: **May 24, 2023;**
- Defendant's Reply to Motion to Enjoin Spending: **June 26, 2023;**
- Final Discovery Cut Off: **July 22 2023;**
- Status Conference: **July 31, 2023, at 9:30 a.m.;**
- Evidentiary Hearing: **August 7, 2023, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: January 24, 2023

*/s/ George H. Wu*

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE