```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DAVID P. KOWAL (Cal. Bar No. 188651)
Assistant United States Attorneys
Violent and Organized Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5136
     Facsimile: (213) 894-3713
     Email:david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CHARLES LYNCH, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, the Court CONTINUES the dates in the above case, as follows:

- Government's Opposition to Motion to Enjoin Spending: **October 11, 2023;**
- Defendant's Reply to Motion to Enjoin Spending: **November 15, 2023;**
- Final Discovery Cut Off: **December 13, 2023;**
- Status Conference: **January 8, 2024, at 9:30 a.m.;**
- Evidentiary Hearing: **January 22, 2024, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: June 28, 2023

---
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE