E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorneys
Violent and Organized Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5136
     Facsimile: (213) 894-3713
     Email:david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION TO CONTINUE MOTION DATES |
| v. | |
| CHARLES LYNCH, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, here by moves to continue the dates for future events on remand in the above-captioned case, as follows:

- Government's opposition to defendant's motion to dismiss. (Dkt.557): February 5, 2023. ;
- Defendant's Reply to Motion to Dismiss: February 19, 2023;
- Hearing on Motion: February 26, 2023.

1

1      This ex parte application is based upon the attached declaration
2 of Assistant United States Attorney David Kowal.
3
4  Dated: January 16, 2024          Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    MACK E. JENKINS
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                         /s/
                                    DAVID KOWAL
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

### DECLARATION OF DAVID KOWAL

I, David Kowal, hereby declare and state, as follows:

1. I am an Assistant United States Attorney (AUSA) for the Central District of California. I represent the government in this matter.

2. I make this declaration in support of the government's motion to continue dates on with respect to defendant's pending motion to dismiss. (Dkt. 557). A hearing on the motion is currently scheduled for January 22, 2023 at 9:30 p.m. The government needs more time to file its response for the following reasons.

3. Defendant filed the pending motion to dismiss without meeting and conferring with the government about scheduling or otherwise, and the Court's current schedule was also made without input from government counsel. (Dkt. 558).

4. I need additional time to prepare the government's response. This includes further research on preliminary jurisdictional and legal issues, as my preliminary research indicates that this Court does not have jurisdiction to dismiss the matter on remand, as it is beyond the scope of remand. It also includes additional time to set out cause for the government's not filing a timely extension to respond to defendant's government's timing to complete its time to respond to defendant's motion to enjoin government spending (Dkt. 544), and an estimate and explanation for the need for additional time.

5. As stated, the timing of the government's response to the motion to enjoin spending and is a significant factor in the motion to dismiss. I needs additional time to meet with government agents and experts on this issue, which I have not been able to complete

3

since the filing of the motion to dismiss. As noted in prior continuance motions to this Court, defendant's complex motion to enjoin took over two years to file after the parties' exchanged expert disclosures during with time the government's lead expert witness retired. That government expert had done extensive work on the voluminous financial records case that needs to be duplicated and expanded upon . I need additional time to confer with the agents in this case in order to determine when that can be completed, and to put that information put in the government's opposition to the motion to dismiss along with other issues in that opposition.

    6. I have not been able to complete the above tasks in the time currently set by the Court. Since the motion was filed I went on my only extended leave of the year around the holiday season, from which I recently returned. In the time I was in the office since the motion was filed, in addition to this matter, I had to complete work on a number of other complex matters that were pending at the time the motion was filed. This included two complex sentencings and hearings in a gang matter, a post-trial motion in a different matter, and a further sentencing brief before this Court in other matters.

    7. Defendant is not in custody, but on bond with minimal to no conditions. (See, e.g., Dkt. 543).

//
//
//
//
//
//

8. On January 16, 2024, I exchanged emails with DFPD Julie Deixler about the government's request for an extension of the dates, as set forth in this ex parte. The defense opposes the government's request. Although I asked if the government's requested dates presented any scheduling conflict for defense counsel, notwithstanding this overall objection, Ms. Deixler did not inform me of one.

I declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

Date: January 16, 2024.

/s/
_____
DAVID KOWAL
Assistant United States Attorney

5