E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorneys
Violent and Organized Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5136
     Facsimile: (213) 894-3713
     Email:david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| CHARLES LYNCH, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, the Court CONTINUES the dates on defendant's motion to dismiss (Docket No. 557), as follows: the Government's opposition to defendant's motion to dismiss shall be due February 5, 2024, defendant's reply is due February 19, 2023.  A hearing on the matter is set for February 26, 2023.

IT IS SO ORDERED.

 Dated: January __, 2024

_____
HON. GEORGE WU
UNITED STATES DISTRICT JUDGE

1