E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DAVID KOWAL (Cal. Bar No. 188651)
Assistant United States Attorneys
Violent and Organized Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5136
    Facsimile: (213) 894-3713
    Email: david.kowal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
|---|---|
|     Plaintiff, | [PROPOSED] ORDER |
|         v. | |
| CHARLES LYNCH, | |
|     Defendant. | |

FOR GOOD CAUSE SHOWN, the evidentiary hearing on defendant's motion to enjoin spending is taken off calendar. A new hearing date and time will be set, if necessary, at the hearing on defendant's motion to dismiss (Dkt.557), set for February 26, 2023.

IT IS SO ORDERED.

Dated: January __, 2024

_____
HON. GEORGE WU
UNITED STATES DISTRICT JUDGE

1