UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 07-689-GW | Date | January 19, 2024 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | NONE |

| Javier Gonzalez | None Present | David P. Kowal - not present |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Charles C. Lynch | not | | ✔ | Rebecca M. Abel, DFPD | not | | ✔ |

**PROCEEDINGS:**  IN CHAMBERS - ORDER

The Government's most recent ex parte application (ECF No. 563) is denied.

Initials of Deputy Clerk  JG