UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 07-689-GW | Date | January 22, 2024 |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
| Interpreter | NONE |

| Lynnie Fahey | Terri A. Hourigan | David P. Rowal |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Charles C. Lynch | ✔ | | ✔ | Rebecca M. Abel, DFPD | ✔ | ✔ | |

**PROCEEDINGS:**   **EVIDENTIARY HEARING RE DEFENDANT'S MOTION TO ENJOIN GOVERNMENT SPENDING [544] (Held and taken under submission)**

    The case was called and counsel made their appearances for the record. The Court heard testimony from Christine Malone and Charles C. Lynch. Government exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15 were identified and admitted.  See separate witness and exhibit list.  The Court heard closing arguments. The matter was taken under submission.

 

                                                                                                  4 : 23

                                                                       Initials of Deputy Clerk   LFA