# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 07-689-GW | Title | USA v. Charles C. Lynch |
|---|---|---|---|
| Judge | George H. Wu | | |
| Dates of Trial or Hearing | January 22, 2024 | | |
| Court Reporters or Tape No. | Terri A. Hourigan | | |
| Deputy Clerks | Lynnie Fahey | | |

**FILED**
CLERK, U.S. DISTRICT COURT
1/22/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: LFA DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| David P. Rowal, AUSA | Rebecca M. Abel, DFPD |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| 1 | X | X | | | | Copy of Government's Fourth Brief on Cross-Appeal | |
| 2 | X | X | | | | Copy of Government's Fourth Brief on Cross-Appeal | |
| 3 | X | X | | | | Transcript | |
| 4 | X | X | | | | Copy of Defendant's Reply to Government's Position Paper | |
| 5 | X | X | | | | Copy of Government's Application Under Seal | |
| 6 | X | X | | | | Copy of Government's Application Under Seal | |
| 7 | X | X | | | | Copy of a check | |
| 8 | X | X | | | | Copy of credit card account statement | |
| 9 | X | X | | | | Copy of a check | |
| 10 | X | X | | | | Declaration of Charles C. Lynch | |
| 11 | X | X | | | | Declaration of Rachel Burkdoll | |
| 12 | X | X | | | | Quarterly wage and withholding report | |
| 13 | X | X | | | | News article | |
| 14 | X | X | | | | Bank transaction receipt | |
| 15 | X | X | | | | Letter from the Federal Public Defender | |
| | | | | | | Christine Malone | Deft. |
| | | | | | | Charles C. Lynch | Deft. |