E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. State Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
Assistant United States Attorneys
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     Facsimile: (213) 894-6436
     E-mail:   mack.jenkins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-689-GW |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE FOR UNITED STATES |
| v. | |
| CHARLES C. LYNCH, et al., | |
| Defendants. | |

     Plaintiff, United States of America, hereby advises the Court that Assistant United States Attorney ("AUSA") Mack E. Jenkins (mack.jenkins@usdoj.gov) should be added as counsel of record for the United States in the above-captioned matter.  Any other currently assigned AUSA should also remain as counsel of record.

///

    Please make all necessary changes to the Court's Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: January 30, 2024        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ Mack E. Jenkins
_____
MACK E. JENKINS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA